# EXHIBIT 1

| | SME Artist | SME Track | Plaintiff | Post URL | SR Number[1] |
|---|---|---|---|---|---|
| 1 | 21 Savage | Bank Account | Sony Music Entertainment | https://www.tiktok.com/@redline.energy/video/6867593770175679750 | SR0000805773 |
| 2 | 24kGoldn | DROPPED OUTTA COLLEGE | Records Label, LLC | https://www.instagram.com/p/B6BZ84XJ_qq/ | SR0000866571 |
| 3 | 24kGoldn | Games On Your Phone | Records Label, LLC | https://www.instagram.com/p/B9agC2dp-Mc/ | SR0000866593 |
| 4 | 24KGoldn | Mood | Records Label, LLC | https://www.tiktok.com/@bangenergy/video/6862802767883373830 | SR0000881772 |
| 5 | 24KGoldn | Mood | Records Label, LLC | https://www.tiktok.com/@redline.energy/video/6862116023722675462 | SR0000881772 |
| 6 | 24kGoldn | Mood | Records Label, LLC | https://www.instagram.com/p/CFkuTn6Djrj/ | SR0000881772 |
| 7 | 24kGoldn | VALENTINO | Sony Music Entertainment | https://www.instagram.com/p/B5F3ISFpPh1/ | SR0000837016 |
| 8 | A$AP Ferg ft. Future | New Level | Sony Music Entertainment | https://www.instagram.com/p/BmWx73qn0aa/ | SR0000782297 |
| 9 | A$AP Ferg ft. Nicki Minaj | Plain Jane REMIX | Sony Music Entertainment | https://www.instagram.com/p/BkIfQW2jk-J/ | SR0000804242 |
| 10 | A$AP Ferg ft. Nicki Minaj | Plain Jane REMIX | Sony Music Entertainment | https://www.tiktok.com/@stoked.beverage/video/6937308808335150342? | SR0000804242 |
| 11 | Adele | Set Fire To The Rain | Sony Music Entertainment | http://www.instagram.com/p/CCTSk71lXLQ | SR0000673074 |
| 12 | Alan Walker | The Spectre | Sony Music Entertainment | https://m.facebook.com/watch/?v=823907491274790 | SR0000830405 |
| 13 | Arizona Zervas | FML | Sony Music Entertainment | https://www.instagram.com/p/B7pLZMpJjRJ/ | SR0000872935 |
| 14 | Arizona Zervas | Roxanne | Sony Music Entertainment | https://www.instagram.com/p/CJ_PxmIHZa1/ | SR0000867188 |

---

[1] As referenced in Paragraph 36, other videos contain recordings for which Sony Music has submitted registration applications.  These applications are currently pending before the United States Copyright Office.  Sony Music will seek leave to amend the complaint to include claims pertaining to the videos containing these recordings upon receipt of these subsequently-obtained registrations.

| 15 | Arizona Zervas | Roxanne | Sony Music Entertainment | https://www.instagram.com/p/B8l3Y2tJEOE/ | SR0000867188 |
|----|----------------|---------|--------------------------|------------------------------------------|--------------|
| 16 | Arizona Zervas | Roxanne | Sony Music Entertainment | https://www.instagram.com/p/B79QdusJMg_/ | SR0000867188 |
| 17 | Arizona Zervas | Roxanne | Sony Music Entertainment | https://www.instagram.com/p/B5JDERnJMsm/ | SR0000867188 |
| 18 | Ayo & Teo & Lil Yachty | Ay3 | Sony Music Entertainment | https://www.instagram.com/p/BpIKIrlHxBX/ | SR0000826416 |
| 19 | Becky G | Shower | Sony Music Entertainment | https://www.tiktok.com/@redline.energy/video/6900174910610525446 | SR0000760239 |
| 20 | Becky G | Shower | Sony Music Entertainment | https://www.tiktok.com/@bangenergy/video/6905021147243416838 | SR0000760239 |
| 21 | Becky G | Shower | Sony Music Entertainment | https://www.instagram.com/p/CIqnCzuHcD-/ | SR0000760239 |
| 22 | Becky G | Shower | Sony Music Entertainment | https://www.tiktok.com/@stoked.beverage/video/6878347720684326149 | SR0000760239 |
| 23 | Becky G | Shower | Sony Music Entertainment | https://www.tiktok.com/@stoked.beverage/video/6897350741577534725 | SR0000760239 |
| 24 | Becky G | Shower | Sony Music Entertainment | https://www.tiktok.com/@redline.energy/video/6916876693772848389 | SR0000760239 |
| 25 | Beyoncé | Check On It | Sony Music Entertainment | https://www.tiktok.com/@bangenergy/video/6820867052039867654 | SR0000388034 |
| 26 | Beyoncé | Diva | Sony Music Entertainment | https://www.tiktok.com/@redline.energy/video/6930626599658310917 | SR0000623449 |
| 27 | Beyoncé | Partition | Sony Music Entertainment | https://www.tiktok.com/@bangenergy.ceo/video/6795297071399324934 | SR0000747291 |
| 28 | Beyoncé ft. Sean Paul | Baby Boy | Sony Music Entertainment | https://www.instagram.com/p/Bki6AEFn-ue/ | SR0000342236 |
| 29 | Beyoncé ft. Jay-Z | "7/11" | Sony Music Entertainment | https://www.tiktok.com/@redline.energy/video/6923645555344166150 | SR0000766254 |
| 30 | Beyoncé ft. Jay-Z | Crazy in Love | Sony Music Entertainment | http://www.instagram.com/p/CFw4THol7bD | SR0000787489 |

| | | | | | |
|---|---|---|---|---|---|
| 31 | Beyoncé ft. Jay-Z | Crazy in Love | Sony Music Entertainment | https://www.tiktok.com/@redline.energy/video/6916254620524301574 | SR0000787489 |
| 32 | Beyoncé ft. Jay-Z | Crazy in Love | Sony Music Entertainment | https://www.tiktok.com/@noofuzion/video/6919146951954943237 | SR0000787489 |
| 33 | Beyoncé ft. Jay-Z | Upgrade U | Sony Music Entertainment | https://www.instagram.com/p/BBsvm2KRA5V/ | SR0000395861 |
| 34 | Britney Spears | ...Baby One More Time | Zomba Recording LLC | https://www.tiktok.com/@bangenergy/video/6797894768555724037 | SR0000260870 |
| 35 | Britney Spears | ...Baby One More Time | Zomba Recording LLC | https://www.tiktok.com/@bangenergy/video/6807572118834793733 | SR0000260870 |
| 36 | Britney Spears | ...Baby One More Time | Zomba Recording LLC | https://www.tiktok.com/@bangenergy.ceo/video/6807571254296513797 | SR0000260870 |
| 37 | Britney Spears | Gimme More | Zomba Recording LLC | https://www.instagram.com/p/CLxFAtSDCjW/ | SR0000609441 |
| 38 | Britney Spears | I'm A Slave 4 You | Zomba Recording LLC | https://www.tiktok.com/@redline.energy/video/6945512603028442374 | SR0000302278 |
| 39 | C + C Music Factory | Gonna Make You Sweat (Everybody Dance Now) | Sony Music Entertainment | https://www.instagram.com/p/CE76vzDHHZN/ | SR0000782730 |
| 40 | Calboy | Envy Me | Sony Music Entertainment | https://www.tiktok.com/@bangenergy/video/6885180586684632325 | SR0000844631 |
| 41 | Calboy | Envy Me | Sony Music Entertainment | https://www.tiktok.com/@bangenergy/video/6884310867387649285 | SR0000844631 |
| 42 | Calboy | Envy Me | Sony Music Entertainment | https://www.tiktok.com/@stoked.beverage/video/6874309663920360709 | SR0000844631 |
| 43 | Calvin Harris & Disciples | How Deep Is Your Love | Sony Music Entertainment | https://www.instagram.com/p/BK64iF_BZvm/ | SR0000785977 |
| 44 | Calvin Harris & Disciples | How Deep Is Your Love | Sony Music Entertainment | https://www.instagram.com/p/Bwz2DNZhUxb/ | SR0000785977 |
| 45 | Calvin Harris & Dua Lipa | One Kiss | Sony Music Entertainment | https://www.instagram.com/p/CL1sbjBhnoa/ | SR0000817944 |
| 46 | Calvin Harris ft. Big Sean | Open Wide | Sony Music Entertainment | https://www.instagram.com/p/BnwU5e2BYni/ | SR0000763016 |

| 47 | Calvin Harris ft. Ne-Yo | Let's Go | Sony Music Entertainment | https://www.facebook.com/125815407448944/videos/1453493231347815 | SR0000698889 |
|----|----|----|----|----|----|
| 48 | Calvin Harris ft. Pharrell Williams, Katy Perry & Big Sean | Feels | Sony Music Entertainment | https://www.instagram.com/p/CIs_jIEBDt1/ | SR0000808100 |
| 49 | Camila Cabello ft. Quavo | OMG | Sony Music Entertainment | http://www.instagram.com/p/BYOiv2Vj2XY | SR0000805922 |
| 50 | Camilo & El Alfa | BEBE | Sony Music Entertainment US Latin LLC | https://www.instagram.com/p/CKuMe5QhnA_/ | SR0000893072 |
| 51 | Chris Brown | Gimme That | Zomba Recording LLC | http://www.instagram.com/p/CJ6IIvugk76 | SR0000382648 |
| 52 | Chris Brown | No Guidance ft. Drake | Sony Music Entertainment | https://www.tiktok.com/@bangenergy/video/6888025510668946693 | SR0000849072 |
| 53 | Chris Brown | Beg For It | Sony Music Entertainment | https://www.instagram.com/p/CKgszoUFxDF/ | SR0000679366 |
| 54 | Chris Brown | Don't Wake Me Up | Sony Music Entertainment | https://www.instagram.com/p/BTMOmnWjeWA/ | SR0000711816 |
| 55 | Chris Brown ft. Busta Rhymes | Look At Me Now | Sony Music Entertainment | https://www.tiktok.com/@noofuzion/video/6926925208863378693?lang=en&is_copy_url=0&is_from_webapp=v3&sender_device=pc&sender_web_id=6922861982179149318 | SR0000677541 |
| 56 | Chris Brown ft. Lil' Wayne | Gimme That (Remix) | Sony Music Entertainment | https://www.tiktok.com/@bangenergy/video/6906503436485872902 | SR0000737738 |
| 57 | Chris Brown X Tyga; | Ayo | Sony Music Entertainment | https://www.youtube.com/watch?v=CR8_sjVE1CE | SR0000767464 |
| 58 | Chrishan | Sin City | Sony Music Entertainment | https://www.tiktok.com/@bangenergy/video/6884030165798669573 | SR0000865613 |
| 59 | Christina Aguilera | Genie in a Bottle | Arista Records, LLC | https://www.tiktok.com/@bangenergy.ceo/video/6785206005664910598 | SR0000274004 |
| 60 | CHROMANCE | Wrap Me In Plastic | Sony Music Entertainment | https://www.tiktok.com/@redline.energy/video/6890299699832605957 | Berne Convention |
| 61 | CHROMANCE | Wrap Me In Plastic | Sony Music Entertainment | https://www.tiktok.com/@bangenergy/video/6891475153289612550 | Berne Convention |

| 62 | CHROMANCE | Wrap Me In Plastic | Sony Music Entertainment | https://www.tiktok.com/@bangenergy/video/6895817421127503110 | Berne Convention |
|---|---|---|---|---|---|
| 63 | CHROMANCE | Wrap Me In Plastic | Sony Music Entertainment | https://www.tiktok.com/@bangenergy/video/6897044960995003654 | Berne Convention |
| 64 | CHROMANCE | Wrap Me In Plastic | Sony Music Entertainment | https://www.tiktok.com/@noofuzion/video/6908093357763972357 | Berne Convention |
| 65 | CHROMANCE | Wrap Me In Plastic | Sony Music Entertainment | https://www.tiktok.com/@stoked.beverage/video/6905943187479645445 | Berne Convention |
| 66 | CHROMANCE | Wrap Me In Plastic | Sony Music Entertainment | https://www.tiktok.com/@stoked.beverage/video/6902157611387456774 | Berne Convention |
| 67 | CHROMANCE | Wrap Me In Plastic | Sony Music Entertainment | https://www.tiktok.com/@stoked.beverage/video/6867942957652233478 | Berne Convention |
| 68 | Ciara | Get Up | LaFace Records, LLC | https://www.tiktok.com/@redline.energy/video/6864623880355597573 | SR0000388894 |
| 69 | Ciara ft. Missy Elliot | 1,2 Step | Zomba Recording LLC | https://www.tiktok.com/@stoked.beverage/video/6867156652496358662 | SR0000355316 |
| 70 | Ciara ft. Petey Pablo | Goodies | Zomba Recording LLC | https://www.instagram.com/p/BmZYIGmg1in/ | SR0000355316 |
| 71 | Dillon Francis;DJ Snake | Get Low | Sony Music Entertainment | https://www.youtube.com/watch?v=e6ORYQoBf2k | SR0000765949 |
| 72 | DJ Jazzy Jeff & The Fresh Prince | The Fresh Prince of Bel-Air | Sony Music Entertainment | https://www.instagram.com/p/CJ3frMjnfh1/ | SR0000253478 |
| 73 | DJ Khaled ft. Rihanna | Wild Thoughts | Sony Music Entertainment | https://www.instagram.com/p/CMk2k1clyhm/ | SR0000818389 |
| 74 | DJ Snake & Lil Jon | Turn Down For What | Sony Music Entertainment | https://www.tiktok.com/@bangenergy/video/6858324265909947653 | SR0000773267 |
| 75 | DJ Snake & Lil Jon | Turn Down For What | Sony Music Entertainment | https://www.instagram.com/p/BHp8DjPBI_h/ | SR0000773267 |
| 76 | Doja Cat | Boss Bitch | Sony Music Entertainment | https://www.tiktok.com/@bangenergy/video/6831276678254251270 | SR0000874384 |
| 77 | Doja Cat | Like That | Sony Music Entertainment | https://www.tiktok.com/@bangenergy.ceo/video/6815373652805160198 | SR0000871263 |

| 78 | Doja Cat | Say So | Sony Music Entertainment | https://www.tiktok.com/@bangenergy/video/6806456579886451973 | SR0000871263 |
| 79 | Doja Cat | Say So | Sony Music Entertainment | https://www.tiktok.com/@bangenergy/video/6812032731149634821 | SR0000871263 |
| 80 | Doja Cat | Say So | Sony Music Entertainment | https://www.tiktok.com/@bangenergy/video/6820517288890961158 | SR0000871263 |
| 81 | Doja Cat | Say So | Sony Music Entertainment | https://www.tiktok.com/@bangenergy.ceo/video/6798216889987337478 | SR0000871263 |
| 82 | Doja Cat | Say So | Sony Music Entertainment | https://www.tiktok.com/@bangenergy.ceo/video/6807935226971426054 | SR0000871263 |
| 83 | Doja Cat | Say So | Sony Music Entertainment | https://www.facebook.com/watch/?v=3091369130908046 | SR0000871263 |
| 84 | DripReport | Skechers | Sony Music Entertainment | https://www.tiktok.com/@bangenergy/video/6839410424945904901 | SR0000872839 |
| 85 | Earth, Wind & Fire | September | Sony Music Entertainment | http://www.instagram.com/p/CIiqLI9F-rN | SR0000004975 |
| 86 | Earth, Wind & Fire | September | Sony Music Entertainment | https://www.tiktok.com/@stoked.beverage/video/6876527962498321670 | SR0000004975 |
| 87 | Earth, Wind & Fire | September | Sony Music Entertainment | https://www.instagram.com/p/CKjep5tDOxT/ | SR0000004975 |
| 88 | Earth, Wind & Fire | September | Sony Music Entertainment | https://www.instagram.com/p/CIvfPPLjXM1/ | SR0000004975 |
| 89 | Electric Light Orchestra | Mr. Blue Sky | Sony Music Entertainment | https://www.tiktok.com/@bangenergy/video/6869165416053280006 | N46612 |
| 90 | Electric Light Orchestra | Mr. Blue Sky | Sony Music Entertainment | https://www.instagram.com/p/CLUuFJcDG4C/ | N46612 |
| 91 | Enrique Inglesias & Pitbull | Move To Miami | Sony Music Entertainment | https://www.instagram.com/p/BmY84bwgIV1/ | SR0000816387 |

| | | | | | |
|---|---|---|---|---|---|
| 92 | Enrique Inglesias & Pitbull | Move To Miami | Sony Music Entertainment | https://www.instagram.com/p/BmW1YnPn3Jj/ | SR0000816387 |
| 93 | Fifth Harmony | Worth It | Sony Music Entertainment | https://www.tiktok.com/@redline.energy/video/6854745112581377286 | SR0000768360 |
| 94 | Fifth Harmony | Worth It | Sony Music Entertainment | https://www.tiktok.com/@redline.energy/video/6856923416063216901 | SR0000768360 |
| 95 | Fifth Harmony | Worth It | Sony Music Entertainment | https://www.instagram.com/p/CMM9gR-jXuM/ | SR0000768360 |
| 96 | Foster The People | Pumped Up Kicks | Sony Music Entertainment | https://www.tiktok.com/@stoked.beverage/video/6856218003969690886 | SR0000754312 |
| 97 | Foster The People | Pumped Up Kicks | Sony Music Entertainment | https://www.instagram.com/p/CFzVdIqjhdE/ | SR0000754312 |
| 98 | Giveon | Heartbreak Anniversary | Sony Music Entertainment | https://www.tiktok.com/@bangenergy/video/6947414231574777094 | SR0000900737 |
| 99 | Giveon | Heartbreak Anniversary | Sony Music Entertainment | https://www.tiktok.com/@bangenergy.ceo/video/6947703315778112773 | SR0000900737 |
| 100 | Gloria Estefan | Conga | Sony Music Entertainment | https://www.tiktok.com/@stoked.beverage/video/6877611547837992198 | SR0000832329 |
| 101 | Gloria Estefan & Miami Sound Machine | Conga | Sony Music Entertainment | http://www.instagram.com/p/CHETNrel-Ea | SR0000832329 |
| 102 | Harry Styles | Adore You | Sony Music Entertainment | https://www.instagram.com/p/CLKijaKByOL/ | SR0000883188 |
| 103 | Harry Styles | Adore You | Sony Music Entertainment | https://www.instagram.com/p/CLAL88CjKI2/ | SR0000883188 |
| 104 | JACKBOYS & Travis Scott ft. Young Thug | Out West | Sony Music Entertainment | https://www.tiktok.com/@bangenergy/video/6793427762267901190 | SR0000886163 |
| 105 | JACKBOYS & Travis Scott ft. Young Thug | Out West | Sony Music Entertainment | https://www.tiktok.com/@bangenergy/video/6795581374209297669 | SR0000886163 |

| | | | | | |
|---|---|---|---|---|---|
| 106 | JACKBOYS & Travis Scott ft. Young Thug | Out West | Sony Music Entertainment | https://www.tiktok.com/@bangenergy.ceo/video/6794219764223937798 | SR0000886163 |
| 107 | Jawsh 685 & Jason Derulo | Savage Love (Laxed - Siren Beat) | Sony Music Entertainment | https://www.tiktok.com/@bangenergy/video/6843193250916961541 | SR0000876800 |
| 108 | Jawsh 685 & Jason Derulo | Savage Love (Laxed - Siren Beat) | Sony Music Entertainment | https://www.tiktok.com/@bangenergy/video/6896232374057585925 | SR0000876800 |
| 109 | Jawsh 685 & Jason Derulo | Savage Love (Laxed - Siren Beat) | Sony Music Entertainment | https://www.instagram.com/p/CCU3JeQjaTW/ | SR0000876800 |
| 110 | Jawsh 685 & Jason Derulo | Savage Love (Laxed - Siren Beat) | Sony Music Entertainment | https://www.instagram.com/p/CK4he7xjAfz/ | SR0000876800 |
| 111 | Jidenna ft. Mr. Eazi | Zodi | Sony Music Entertainment | https://www.tiktok.com/@bangenergy/video/6809419625600699654 | SR0000871427 |
| 112 | Journey | Don't Stop Believin' | Sony Music Entertainment | https://www.tiktok.com/@bangenergy/video/6855405271359999238 | SR0000030088 |
| 113 | JP Saxe ft. Julia Michaels | If The World Was Ending | Sony Music Entertainment | https://www.tiktok.com/@bangenergy/video/6874325365309918470 | SR0000860555 |
| 114 | Justin Timberlake | Like I Love You | Zomba Recording LLC | https://www.instagram.com/p/Bf3xImrAnHq/ | SR0000321888 |
| 115 | Justin Timberlake | Rock Your Body | Zomba Recording LLC | https://www.instagram.com/p/CFZy1xAjj5e/ | SR0000319834 |
| 116 | Justin Timberlake | SexyBack | Sony Music Entertainment | https://www.instagram.com/p/CLca1yCnAbK/ | SR0000719411 |
| 117 | Justin Timberlake | SexyBack | Sony Music Entertainment | https://www.instagram.com/p/B_1IHjmjzwW/ | SR0000719411 |
| 118 | Justin Timberlake | SexyBack | Sony Music Entertainment | https://www.instagram.com/p/CMe4p8tj1Kl/ | SR0000719411 |
| 119 | Justin Wellington ft. Small Jam | Iko Iko | Sony Music Entertainment | https://www.tiktok.com/@noofuzion/video/6951132786942070021 | Berne Convention |

| | | | | | |
|---|---|---|---|---|---|
| 120 | Kesha | Cannibal | Sony Music Entertainment | https://www.tiktok.com/@bangenergy.ceo/video/6801178253370379526 | SR0000670406 |
| 121 | Kesha | Cannibal | Sony Music Entertainment | https://www.tiktok.com/@bangenergy.ceo/video/6815745955279752454 | SR0000670406 |
| 122 | Kesha | Take It Off | Sony Music Entertainment | https://www.tiktok.com/@bangenergy/video/6822045817189207301 | SR0000717562 |
| 123 | Kesha | Take It Off | Sony Music Entertainment | https://www.instagram.com/p/B_-1pLUD_VO/ | SR0000717562 |
| 124 | Khalid | Location | Sony Music Entertainment | https://www.tiktok.com/@stoked.beverage/video/6852472684429790469 | SR0000791453 |
| 125 | Kina ft. Snow | Get You The Moon | Sony Music Entertainment | https://www.tiktok.com/@bangenergy.ceo/video/6790809864743505158 | SR0000826324 |
| 126 | Kirk Franklin | When I Get There | Sony Music Entertainment | https://www.tiktok.com/@bangenergy/video/6917745281538821382 | SR0000307635 |
| 127 | Kygo ft. Conrad Sewell | Firestone | Sony Music Entertainment | https://www.instagram.com/p/Bj0ZtJ_gCSk/ | SR0000781672 |
| 128 | Lauryn Hill | Killing Me Softly | Sony Music Entertainment | https://www.tiktok.com/@bangenergy/video/6913989637698522374 | SR0000222005 |
| 129 | Lauryn Hill | Killing Me Softly | Sony Music Entertainment | https://www.tiktok.com/@bangenergy/video/6916542798502120710 | SR0000222005 |
| 130 | Lauryn Hill | Killing Me Softly | Sony Music Entertainment | https://www.tiktok.com/@redline.energy/video/6898508711053036806 | SR0000222005 |
| 131 | Leikeli47 | Look | Sony Music Entertainment | https://www.tiktok.com/@noofuzion/video/6947664351151082757 | SR0000809961 |
| 132 | Lil Mama | Lip Gloss | Sony Music Entertainment | https://www.tiktok.com/@bangenergy/video/6773414637330304262 | SR0000759131 |
| 133 | Lil Nas X | Holiday | Sony Music Entertainment | https://www.tiktok.com/@bangenergy/video/6902570821777116422 | SR0000889737 |
| 134 | Lil Nas X | Holiday | Sony Music Entertainment | https://www.tiktok.com/@bangenergy/video/6909492784038776070 | SR0000889737 |
| 135 | Lil Nas X | Holiday | Sony Music Entertainment | https://www.tiktok.com/@bangenergy/video/6920255216004680965 | SR0000889737 |
| 136 | Lil Nas X | Rodeo (unauthorized mashup) | Sony Music Entertainment | https://www.tiktok.com/@bangenergy/video/6855052023281306886 | SR0000851575 |

| | | | | | |
|---|---|---|---|---|---|
| 137 | Lil Nas X ft. Billy Ray Cyrus | Old Town Road (Remix) | Sony Music Entertainment | https://www.instagram.com/p/BybZ-lKAMws/ | SR0000844745 |
| 138 | Marc Anthony | Vivir Mi Vida | Sony Music Entertainment | https://www.tiktok.com/@stoked.beverage/video/6893262409801272581 | SR0000727153 |
| 139 | Mariah Carey | All I Want For Christmas Is You | Sony Music Entertainment | http://www.instagram.com/p/CI-6kWsAdk7 | SR0000207178 |
| 140 | Mariah Carey | All I Want For Christmas Is You | Sony Music Entertainment | https://www.tiktok.com/@bangenergy/video/6900010334082321670 | SR0000207178 |
| 141 | Mariah Carey | All I Want For Christmas Is You | Sony Music Entertainment | https://www.tiktok.com/@redline.energy/video/6909850538515516677 | SR0000207178 |
| 142 | Mariah Carey | All I Want For Christmas Is You | Sony Music Entertainment | https://www.tiktok.com/@bangenergy.ceo/video/6771496681180515589 | SR0000207178 |
| 143 | Mariah Carey | Emotions | Sony Music Entertainment | https://www.tiktok.com/@bangenergy/video/6913304181067484422 | SR000034831 |
| 144 | Mariah Carey ft. ODB | Fantasy (Remix) | Sony Music Entertainment | https://www.tiktok.com/@bangenergy/video/6809314233365384453 | SR0000820969 |
| 145 | Mariah Carey ft. ODB | Fantasy (Remix) | Sony Music Entertainment | https://www.tiktok.com/@bangenergy/video/6810462913829014789 | SR0000820969 |
| 146 | Mark Ronson ft. Bruno Mars | Uptown Funk | Sony Music Entertainment | https://www.instagram.com/p/BouZlzjgKKN/ | SR0000765954 |
| 147 | Martin Garrix ft. Macklemore & Patrick Stump of Fall Out Boy | Summer Days | Sony Music Entertainment | https://www.instagram.com/p/CGNQyHkje0H/ | SR0000851595 |
| 148 | Matt Stell | Prayed For You | Sony Music Entertainment | https://www.tiktok.com/@bangenergy/video/6911808043084696837 | SR0000848160 |
| 149 | Meghan Trainor | Better When I'm Dancin | Sony Music Entertainment | https://www.instagram.com/p/CHNlxx0DD1b/ | SR0000800441 |
| 150 | Meghan Trainor | Dear Future Husband | Sony Music Entertainment | https://www.tiktok.com/@stoked.beverage/video/6945066240100650245 | SR0000758103 |

| | | | | | |
|---|---|---|---|---|---|
| 151 | Metro Station | Shake It | Sony Music Entertainment | https://www.tiktok.com/@redline.energy/video/6899213193290337541 | SR0000830334 |
| 152 | Metro Station | Shake It | Sony Music Entertainment | https://www.instagram.com/p/CKoptdcHCs4/ | SR0000830334 |
| 153 | Metro Station | Shake It | Sony Music Entertainment | https://www.tiktok.com/@bangenergy.ceo/video/6790102166330707205?is_copy_url=1&is_from_webapp=v3 | SR0000830334 |
| 154 | Metro Station | Shake It | Sony Music Entertainment | https://www.tiktok.com/@stoked.beverage/video/6864241590014070022 | SR0000830334 |
| 155 | Michael Jackson | Bad | Sony Music Entertainment | https://www.instagram.com/p/CMnbUVyF9D1/ | SR0000084256 |
| 156 | Michael Jackson | Billie Jean | Sony Music Entertainment | https://www.tiktok.com/@bangenergy/video/6918024440022338821 | SR0000041965 |
| 157 | Michael Jackson | Billie Jean | Sony Music Entertainment | https://www.tiktok.com/@bangenergy/video/6895875876198583558 | SR0000041965 |
| 158 | Michael Jackson | Billie Jean | Sony Music Entertainment | https://www.tiktok.com/@bangenergy/video/6901090289662954758 | SR0000041965 |
| 159 | Mike Posner | Please Don't Go | Sony Music Entertainment | https://www.tiktok.com/@redline.energy/video/6944722674262265094 | SR0000657938 |
| 160 | Mitchell Tenpenny | Drunk Me | Sony Music Entertainment | https://www.tiktok.com/@bangenergy/video/6911808043084696837 | SR0000823385 |
| 161 | Neon Jungle | Trouble | Sony Music Entertainment | https://www.facebook.com/125815407448944/videos/675502592480220 | SR0000826905 |
| 162 | Ne-Yo & Pitbull | Time Of Our Lives | Sony Music Entertainment | https://www.tiktok.com/@bangenergy/video/6922442860180573446 | SR0000763598 |
| 163 | Paul Anka | Put Your Head On My Shoulder | Sony Music Entertainment | https://www.tiktok.com/@noofuzion/video/6937324497049554182?lang=en&is_copy_url=0&is_from_webapp=v3&sender_device=pc&sender_web_id=6922861982179149318 | PRE 1972 - registered pursuant to MMA |
| 164 | Perry Como & The Fontane Sisters | It's Beginning To Look A Lot Like Christmas | Sony Music Entertainment | https://www.tiktok.com/@bangenergy/video/6907082974240541958 | PRE 1972 - registered pursuant to MMA |
| 165 | Pitbull feat. T-Pain | Hey Baby (Drop It to the Floor) (Alvaro Remix) | Sony Music Entertainment | http://www.instagram.com/p/BNwgpxEDb5J | SR0000681904 |

| | | | | |
|---|---|---|---|---|
| 166 | Pitbull ft. Ne-Yo & Afrojack & Nayer | Give Me Everything | Sony Music Entertainment | https://www.instagram.com/p/CLjtcdRjafb/ | SR0000714643 |
| 167 | Pitbull;John Ryan | Fireball | Sony Music Entertainment | http://www.instagram.com/p/CCTSk71lXLQ | SR0000763596 |
| 168 | Powfu | death bed | Sony Music Entertainment | https://www.tiktok.com/@bangenergy.ceo/video/6810161230003653893 | SR0000867380 |
| 169 | Regard | Ride It | Sony Music Entertainment | https://www.tiktok.com/@bangenergy/video/6779946611033279750 | SR0000872964 |
| 170 | Ro Ransom | See Me Fall | Sony Music Entertainment | https://www.tiktok.com/@noofuzion/video/6905944510291840261 | Berne Convention |
| 171 | Rocky Orchestra | Gonna Fly Now | Volcano Entertainment III, LLC | https://www.tiktok.com/@bangenergy.ceo/video/6792724445510257926 | SR0000305753 |
| 172 | Romeo Santos | Propuesta Indecente | Sony Music Entertainment US Latin, LLC | https://www.instagram.com/p/CLzub_VnVxF/ | SR0000757348 |
| 173 | RUN DMC | It's Tricky | Arista Records, LLC | http://www.instagram.com/p/CJTxCf3gIUQ | SR0000124846 |
| 174 | RUN DMC | It's Tricky | Arista Records, LLC | https://www.tiktok.com/@redline.energy/video/6914281739246472454 | SR0000124846 |
| 175 | RUN DMC | It's Tricky | Arista Records, LLC | https://www.tiktok.com/@bangenergy/video/6937414939082542341?lang=en&is_copy_url=0&is_from_webapp=v3&sender_device=pc&sender_web_id=6922861982179149318 | SR0000124846 |
| 176 | RUN DMC | It's Tricky | Arista Records, LLC | https://www.tiktok.com/@bangenergy/video/6913383703104343302 | SR0000124846 |
| 177 | RUN DMC | It's Tricky | Arista Records, LLC | https://www.instagram.com/p/CKT57GYjpBO/ | SR0000124846 |
| 178 | Russ | What They Want | Sony Music Entertainment | https://www.tiktok.com/@stoked.beverage/video/6855069850277072134 | SR0000780377 |
| 179 | SAINt JHN | Roses (Imanbek Remix) | Sony Music Entertainment | https://www.tiktok.com/@bangenergy/video/6826548117479935238 | Berne Convention |

| | | | | |
|---|---|---|---|---|
| 180 | SAINt JHN | Roses (Imanbek Remix) | Sony Music Entertainment | https://www.tiktok.com/@bangenergy/video/6828004767844044038 | Berne Convention |
| 181 | SAINt JHN | Roses (Imanbek Remix) | Sony Music Entertainment | https://www.instagram.com/p/CI1d6wRDQeX/ | Berne Convention |
| 182 | Sean Kingston | Beautiful Girls | Sony Music Entertainment | https://www.instagram.com/p/CHJYXnal9t4/ | SR0000730825 |
| 183 | Shakira | Hips Don't Lie | Sony Music Entertainment | https://www.tiktok.com/@bangenergy/video/6830905255098731781 | SR0000402672 |
| 184 | Shakira | Hips Don't Lie | Sony Music Entertainment | https://www.tiktok.com/@bangenergy.ceo/video/6811566380287151366 | SR0000402672 |
| 185 | Shakira | Hips Don't Lie | Sony Music Entertainment | https://www.tiktok.com/@bangenergy.ceo/video/6813418288157117702 | SR0000402672 |
| 186 | Sia | Elastic Heart (Steve Pitron & Max Sanna Club Mix) | Sony Music Entertainment | https://www.instagram.com/p/BixVnM7AVjV/ | SR0000827215 |
| 187 | Sigala & Becky Hill | Wish You Well | Sony Music Entertainment | https://www.instagram.com/p/B1UaBIAgJKQ/ | SR0000848745 |
| 188 | StaySolidRocky | Party Girl | Sony Music Entertainment | http://www.instagram.com/p/CDRbssWlv04 | SR0000873295 |
| 189 | StaySolidRocky | Party Girl | Sony Music Entertainment | https://www.tiktok.com/@bangenergy/video/6826075895845981446 | SR0000873295 |
| 190 | StaySolidRocky | Party Girl | Sony Music Entertainment | https://www.tiktok.com/@bangenergy/video/6834965702726765829 | SR0000873295 |
| 191 | Tai Verdes | Stuck In The Middle | Sony Music Entertainment | https://www.tiktok.com/@bangenergy/video/6897349697938148613 | SR0000890124 |
| 192 | Tai Verdes | Stuck In The Middle | Sony Music Entertainment | https://www.tiktok.com/@bangenergy/video/6904848835240004869 | SR0000890124 |
| 193 | Tal Bachman | She's So High | Sony Music Entertainment | https://www.tiktok.com/@bangenergy/video/6929311390280813830 | SR0000186929 |

| | | | | | |
|---|---|---|---|---|---|
| 194 | The Neighbourhood | Daddy Issues | Sony Music Entertainment | https://www.instagram.com/p/CFuQGuTjgK5/ | SR0000782962 |
| 195 | Tinashe ft. Schoolboy Q | 2 On | Sony Music Entertainment | https://www.tiktok.com/@bangenergy/video/6875878711149743366 | SR0000763606 |
| 196 | TLC | No Scrubs | LaFace Records, LLC | https://www.tiktok.com/@noofuzion/video/6880181449090256133 | SR0000298454 |
| 197 | T-Pain feat. Lil Wayne | Bang Bang Pow Pow | Sony Music Entertainment | http://www.instagram.com/p/BYrHUauD02d | SR0000697852 |
| 198 | T-Pain feat.Yung Joc | Buy You A Drank | Sony Music Entertainment | https://www.instagram.com/p/BhkPA39FV55/ | SR0000742204 |
| 199 | Tyga | Ayy Macarena | Sony Music Entertainment | https://www.tiktok.com/@bangenergy.ceo/video/6814268207201897734 | SR0000895222 |
| 200 | Tyga & Curtis Roach | Bored In The House | Sony Music Entertainment | https://www.tiktok.com/@bangenergy/video/6816434597090430214 | SR0000870574 |
| 201 | Tyga & Curtis Roach | Bored In The House | Sony Music Entertainment | https://www.tiktok.com/@bangenergy.ceo/video/6816044081299328262 | SR0000870574 |
| 202 | Vanic ft. Maty Noyes | Too Soon (heroless Remix) | Sony Music Entertainment | http://www.instagram.com/p/BXsx2g7jDAh | SR0000837421 |
| 203 | Y2K & bbno$ | Lalala | Sony Music Entertainment | https://www.tiktok.com/@bangenergy/video/6801989763566963974 | SR0000862153 |
| 204 | Y2K & bbno$ | Lalala | Sony Music Entertainment | https://www.tiktok.com/@redline.energy/video/6853523512322297093 | SR0000862153 |
| 205 | Y2K & bbno$ | Lalala (Ilkan Gunuc Remix) | Sony Music Entertainment | https://www.tiktok.com/@bangenergy/video/6811619214651100422 | SR0000881858 |
| 206 | Yo Gotti ft. Lil Uzi Vert | Pose | Sony Music Entertainment | https://www.tiktok.com/@noofuzion/video/6933217763880144133 | SR0000896810 |
| 207 | Zara Larsson | I  Would Like (R3hab Remix) | Sony Music Entertainment | https://www.instagram.com/p/BPn0zdShKU1/ | SR0000802214 |
| 208 | Zara Larsson | I Would Like (Gorgon City Remix) | Sony Music Entertainment | https://www.tiktok.com/@bangenergy/video/6917302688673697029 | SR0000802250 |
| 209 | Zara Larsson | I Would Like (Gorgon City Remix) | Sony Music Entertainment | http://www.instagram.com/p/BOu3GZjjSZP | SR0000802250 |