# EXHIBIT 2

**INFRINGING VIDEOS THAT REMAIN ONLINE DESPITE NOTICE TO BANG DEFENDANTS**

|   | Artist | Track | Plaintiff | Post URL | SR Number |
|---|---|---|---|---|---|
| 1 | Giveon | Heartbreak Anniversary | Sony Music Entertainment | https://www.tiktok.com/@bangenergy/video/6947414231574777094 | SR0000900737 |
| 2 | Giveon | Heartbreak Anniversary | Sony Music Entertainment | https://www.tiktok.com/@bangenergy.ceo/video/6947703315778112773 | SR0000900737 |
| 3 | Britney Spears | I'm A Slave 4 You | Zomba Recording LLC | https://www.tiktok.com/@redline.energy/video/6945512603028442374 | SR0000302278 |
| 4 | Mike Posner | Please Don't Go | Sony Music Entertainment | https://www.tiktok.com/@redline.energy/video/6944722674262265094 | SR0000657938 |
| 5 | Mike Posner | Please Don't Go | Sony Music Entertainment | https://www.tiktok.com/@stoked.beverage/video/6943578827239034118 | SR0000657938 |
| 6 | Meghan Trainor | Dear Future Husband | Sony Music Entertainment | https://www.tiktok.com/@stoked.beverage/video/6945066240100650245 | SR0000758103 |
| 7 | KBFR | Hood Baby | Sony Music Entertainment | https://www.tiktok.com/@stoked.beverage/video/6940691439047216390 | SR0000906338 |
| 8 | 21 Savage | Bank Account | Sony Music Entertainment | https://www.tiktok.com/@noofuzion/video/6862835106101447941 | SR0000805773 |
| 9 | 24kGoldn ft. iann dior | Mood | Records Label, LLC | https://www.tiktok.com/@noofuzion/video/6864241187444886789 | SR0000881772 |
| 10 | Becky G | Shower | Sony Music Entertainment | https://www.instagram.com/p/CLCQ489AQQC/ | SR0000760239 |
| 11 | Britney Spears | …Baby One More Time | Zomba Recording LLC | https://www.tiktok.com/@bangenergy/video/6810159160207002885 | SR0000260870 |
| 12 | Calboy | Envy Me | Sony Music Entertainment | https://www.tiktok.com/@stoked.beverage/video/6906710751784815878 | SR0000844631 |
| 13 | Calvin Harris & Disciples | How Deep Is Your Love | Sony Music Entertainment | https://www.instagram.com/p/Bwz2DNZhUxb/ | SR0000785977 |
| 14 | Chris Brown | Gimme That | Zomba Recording LLC | https://www.instagram.com/p/CIMRyPNjS8e/ | SR0000382648 |
| 15 | Chris Brown | Gimme That | Zomba Recording LLC | https://www.tiktok.com/@redline.energy/video/6911682482786143493 | SR0000382648 |
| 16 | Chris Brown | Beg For It | Sony Music Entertainment | https://www.tiktok.com/@stoked.beverage/video/6922441912242687237 | SR0000679366 |
| 17 | CHROMANCE | Wrap Me In Plastic | Sony Music Entertainment | https://www.tiktok.com/@stoked.beverage/video/6883508837446470917 | Berne Convention |

| | | | | | |
|---|---|---|---|---|---|
| 18 | CHROMANCE | Wrap Me In Plastic | Sony Music Entertainment | https://www.instagram.com/p/CKOt-akjtAc/ | Berne Convention |
| 19 | CHROMANCE | Wrap Me In Plastic | Sony Music Entertainment | https://www.instagram.com/p/CF19Y3LjHQ7/ | Berne Convention |
| 20 | CHROMANCE | Wrap Me In Plastic | Sony Music Entertainment | https://www.tiktok.com/@bangenergy/video/6897044960995003654 | Berne Convention |
| 21 | Ciara ft. Missy Elliot | 1,2 Step | Zomba Recording LLC | https://www.instagram.com/p/CJhES3aj7D8/ | SR0000355316 |
| 22 | DJ Jazzy Jeff & The Fresh Prince | The Fresh Prince of Bel-Air | Sony Music Entertainment | https://www.tiktok.com/@redline.energy/video/6921703581863152902 | SR0000253478 |
| 23 | Earth, Wind & Fire | September | Sony Music Entertainment | https://www.tiktok.com/@bangenergy/video/6907395823470972165 | SR0000004975 |
| 24 | Foster The People | Pumped Up Kicks | Sony Music Entertainment | https://www.tiktok.com/@stoked.beverage/video/6898329206992735494 | SR0000754312 |
| 25 | Gloria Estefan & Miami Sound Machine | Conga | Sony Music Entertainment | https://www.tiktok.com/@redline.energy/video/6890581992551845126 | SR0000832329 |
| 26 | Justin Timberlake | Rock Your Body | Zomba Recording LLC | https://www.tiktok.com/@stoked.beverage/video/6881661458313268486 | SR0000319834 |
| 27 | Kirk Franklin | When I Get There | Sony Music Entertainment | https://www.instagram.com/p/CKzY-3Wn19v/ | SR0000307635 |
| 28 | Kirk Franklin | When I Get There | Sony Music Entertainment | https://www.instagram.com/p/CKRSBaFhAo_/ | SR0000307635 |
| 29 | Kirk Franklin | When I Get There | Sony Music Entertainment | https://www.tiktok.com/@stoked.beverage/video/6923182694742396165 | SR0000307635 |
| 30 | Lil Nas X ft. Billy Ray Cyrus | Old Town Road (Remix) | Sony Music Entertainment | https://www.instagram.com/p/BybZ-lKAMws/ | SR0000844745 |
| 31 | Metro Station | Shake It | Sony Music Entertainment | https://www.facebook.com/watch/?v=181725266995429 | SR0000830334 |
| 32 | Metro Station | Shake It | Sony Music Entertainment | https://www.instagram.com/p/CI8UC66H7nI/ | SR0000830334 |
| 33 | Michael Jackson | Billie Jean | Sony Music Entertainment | https://www.instagram.com/p/CKZF6iLBJH_/ | SR0000041965 |

| | | | | | |
|---|---|---|---|---|---|
| 34 | Ne-Yo & Pitbull | Time Of Our Lives | Sony Music Entertainment | https://www.instagram.com/p/CLcR4zHjBbA/ | SR0000763598 |
| 35 | Ne-Yo & Pitbull | Time Of Our Lives | Sony Music Entertainment | https://www.instagram.com/p/CKkDb6tHjog/ | SR0000763598 |
| 36 | Ne-Yo & Pitbull | Time Of Our Lives | Sony Music Entertainment | https://www.tiktok.com/@redline.energy/video/6925784857834523909 | SR0000763598 |
| 37 | Ne-Yo & Pitbull | Time Of Our Lives | Sony Music Entertainment | https://www.tiktok.com/@noofuzion/video/6928397634470300934 | SR0000763598 |
| 38 | Regard | Ride It | Sony Music Entertainment | https://www.tiktok.com/@bangenergy.ceo/video/6779945255891504389 | SR0000872964 |
| 39 | Ritt Momney | Put Your Records On | Sony Music Entertainment | https://www.instagram.com/p/CGzwO26DXpN/ | SR0000906018 |
| 40 | Sean Kingston | Beautiful Girls | Sony Music Entertainment | https://www.tiktok.com/@redline.energy/video/6894641481391410438 | SR0000730825 |
| 41 | Sean Kingston | Beautiful Girls | Sony Music Entertainment | https://www.instagram.com/p/CMAkpXznp70/ | SR0000730825 |
| 42 | Sean Kingston | Beautiful Girls | Sony Music Entertainment | https://www.instagram.com/p/CI0ncmNBR6D/ | SR0000730825 |
| 43 | Shakira | Hips Don't Lie | Sony Music Entertainment | https://www.facebook.com/BANGenergy/videos/608874429834101 | SR0000402672 |
| 44 | Tyga | Ayy Macarena | Sony Music Entertainment | https://www.instagram.com/p/B_dxboIlfTQ/ | SR0000895222 |
| 45 | Zara Larsson | I Would Like (Gorgon City Remix) | Sony Music Entertainment | https://www.instagram.com/p/CKB8ZRkhKiK/ | SR0000802250 |
| 46 | Zara Larsson | I Would Like (R3hab Remix) Sony Music | Sony Music Entertainment | https://www.instagram.com/p/BPn0zdShKU1/ | SR0000802214 |