UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-22825-CIV-DIMITROULEAS

SONY MUSIC ENTERTAINMENT, *et al.*,

Magistrate Judge Becerra

    Plaintiff,

vs.

VITAL PHARMACEUTICALS, INC., *et al.*,

    Defendant.

_____/

## ORDER RESETTING PRETRIAL DEADLINES, TRIAL DATE AND CALENDAR CALL

This cause came before the Court on the Joint Motion to Amend Order Setting Trial Date & Discovery Deadlines (the "Motion"), filed April 13, 2022. [DE 32]. The Court has carefully considered the Motion, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** that the Motion [DE 32] is **GRANTED IN PART** as follows:

1. This case is **RESET** for trial on the two-week calendar commencing **Monday, September 12, 2022**. Counsel for all parties shall appear at a calendar call commencing at 10:00 A.M. on **Friday, September 9, 2022**.

2. The following remaining pretrial deadlines are hereby **RESET** as follows:

| | |
|---|---|
| Discovery Cutoff | - May 12, 2022 |
| Substantive Pretrial Motions | - June 13, 2022 |
| Daubert Motions | - 60 days before calendar call |
| Mediation Cutoff | - 60 days before start of the trial's two-week calendar |
| Mandatory Pretrial Stipulation | - August 26, 2022 |

1

|   |   |
|---|---|
| Motions in Limine | - August 26, 2022 |
| Responses to Motions in Limine | - September 2, 2022 |
| Jury Instructions *or* Proposed Findings & Conclusions | - September 2, 2022 |
| Voir Dire Questions | - Calendar call |
| Exhibit List for Court | - First day of Trial (impeachment excepted) |
| Witness List for Court | - First day of Trial (impeachment excepted) |

3. No further extensions shall be expected absent emergency.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida, this 15th day of April, 2022.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record
Magistrate Judge Becerra