UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:21-CV-22825-WPD

SONY MUSIC ENTERTAINMENT; SONY
MUSIC ENTERTAINMENT US LATIN LLC;
ZOMBA RECORDING LLC; ARISTA
MUSIC; ARISTA RECORDS LLC; LAFACE
RECORDS LLC; RECORDS LABEL, LLC;
VOLCANO ENTERTAINMENT III LLC,

        Plaintiffs,

v.

VITAL PHARMACEUTICALS, INC. *d/b/a* BANG ENERGY;
AND JACK OWOC, AN INDIVIDUAL,

        Defendants.

_____/

**PLAINTIFFS' REQUEST TO EXCUSE DEFENDANT JACK OWOC
FROM DISCOVERY HEARING ON MAY 24, 2022, OR ALTERNATIVELY CHANGE
THE DISCOVERY HEARING DATE**

Pursuant to the Court's Order Referring Discovery Motions to United States Magistrate Judge Becerra [DE 23], in accordance with Rule II. C. of Magistrate Judge Becerra's Discovery Procedures, and in accordance with Magistrate Judge Becerra's rulings dated May 12, 2022 [DE 46] and May 20, 2022 plaintiffs Sony Music Entertainment; Sony Music Entertainment US Latin LLC; Zomba Recording LLC; Arista Music; Arista Records LLC; LaFace Records LLC; Records Label, LLC; and Volcano Entertainment III LLC (collectively, "Plaintiffs") respectfully submit this request to excuse Defendant Jack Owoc and the specific counsel defending his Court-ordered deposition from the discovery hearing concurrently scheduled to take place on May 24, 2022 at 3:30 p.m. as set by the Court (the "Hearing"), or alternatively, adjourn the Hearing.

On May 12, 2022, following three discovery hearings where the Court noted defendants Vital Pharmaceuticals, Inc.'s ("Bang") and Jack Owoc's ("Owoc") (collectively "Defendants") repeated and consistent failure to comply with discovery obligations in this action, Magistrate Judge Becerra adjudged that "Defendant Jack Owoc is **ORDERED** to appear for any future hearing before the undersigned in this case." [DE 46].

In this same order, Magistrate Judge Becerra adjudged that "Defendants failed to meet the Court-ordered deadline to provide deposition dates for Defendant Jack Owoc. Defendant Jack Owoc is hereby **ORDERED** to appear for an in-person deposition on Friday, [May] 24, 2022 at ***10:00 a.m***. The parties selected this date as a mutually agreeable date." *Id*. (emphasis added).

On May 19, 2022, Plaintiffs filed a Notice of Hearing in accordance with Magistrate Judge Becerra's May 9, 2022 Order [DE 40] requiring any issues with Defendants' privilege log to be noticed within seven (7) days of receipt. On the following day, the parties were instructed to provide three dates of availability for a hearing. After repeated prodding from Plaintiffs, Defendants offered May 24, 2022 through May 26, 2022 as available dates, while acknowledging that Defendants were offering one of the dates on which Owoc was scheduled to appear for his Court-ordered deposition. Believing that Defendants would either agree to reschedule Owoc's deposition if the Court chose May 24, 2022 for the Hearing, or have separate counsel defend Owoc's Deposition (such that the Deposition and Hearing could be duel-tracked), Plaintiffs submitted the three dates of availability proposed by Defendants, including May 24, 2022.

Although the Court has set the Hearing for May 24, 2022, Defendants nevertheless insist on commencing Owoc's deposition on May 24, 2022 at ***noon*** – not 10:00 a.m. as Court-ordered,

at the offices of Pryor Cashman LLP, despite the 3:30 hearing before Magistrate Judge Becerra (where Owoc and his counsel are required to appear) that same day. Given the location of Plaintiffs' counsel's Coral Gables offices, and Defendants' insistent that Owoc's deposition commenced at noon (to accommodate Owoc), Plaintiffs' deposition of Owoc would be severely disrupted and truncated if Owoc and counsel defending his deposition were required to attend the Hearing. Accordingly, Plaintiffs respectfully request that this Court excuse Defendant Jack Owoc and counsel defending his deposition from the May 24, 2022 Hearing so that Owoc's deposition may proceed as ordered, or alternatively adjourn the Hearing.

**CERTIFICATE OF GOOD FAITH CONFERENCE**
**CONFERRED BUT UNABLE TO RESOLVE ISSUES PRESENTED IN THE MOTION**

Pursuant to Local Rule 7.1(a)(3)(A), I hereby certify that counsel for the movant has conferred with all parties or non-parties who may be affected by the relief sought in this motion in a good faith effort to resolve the issues but has been unable to resolve the issues.

*s/ James G. Sammataro*
James G. Sammataro

Dated: May 23, 2022

        **PRYOR CASHMAN LLP**
255 Alhambra Circle, Floor 8
Miami, Florida 33134
Telephone: (786) 582-3010
Facsimile:  (786) 582-3004


*s/ James G. Sammataro*
James G. Sammataro
Florida Bar No. 520292
David C. Rose (admitted *pro hac vice*)
Brendan S. Everman
Florida Bar No. 68702
drose@pryorcashman.com
jsammataro@pryorcashman.com
beverman@pryorcashman.com
ksuarez@pryorcashman.com

*Attorneys for Plaintiffs*