UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:21-CV-22825-WPD

SONY MUSIC ENTERTAINMENT; SONY MUSIC ENTERTAINMENT US LATIN LLC; ZOMBA RECORDING LLC; ARISTA MUSIC; ARISTA RECORDS LLC; LAFACE RECORDS LLC; RECORDS LABEL, LLC; VOLCANO ENTERTAINMENT III LLC,

Plaintiffs,

v.

VITAL PHARMACEUTICALS, INC. *d/b/a* BANG ENERGY; AND JACK OWOC, AN INDIVIDUAL,

Defendants.

_____/

## **PLAINTIFFS' NOTICE OF AUTHORITIES**

Pursuant to the Court's Order Referring Discovery Motions to United States Magistrate Judge Becerra [DE 23], in accordance with Rule II. E. of Magistrate Judge Becerra's Discovery Procedures, plaintiffs Sony Music Entertainment; Sony Music Entertainment US Latin LLC; Zomba Recording LLC; Arista Music; Arista Records LLC; LaFace Records LLC; Records Label, LLC; and Volcano Entertainment III LLC (collectively, "Plaintiffs") respectfully submit this notice of authorities in anticipation of the discovery hearing set to take place on Tuesday, May 24, 2022 at 3:30pm as set by the Court.

1. *Cox v. Adm'r U.S. Steel & Carnegie,* 17 F.3d 1386, 1417 (11th Cir. 1994).

2. *Baratta v. Homeland Housewares, Inc.,* 242 F.R.D. 641, 643 (S.D. Fla. 2007).

3. *Havana Docks Corp. v. MSC Cruises (USA) Inc.,* Case No. 1:19-CV-23588, 2021 WL 4973463, at *3 (S.D. Fla. July 20, 2021).

4. *Maar v. Beall's, Inc.,* 237 F. Supp. 3d 1336, 1340 (S.D. Fla. 2017).

5. *Siegmund v. Xuelian Bian ,* Case No. 16-cv-62506, 2018 WL 3725775, *4, 7 (S.D. Fla. Aug. 1, 2018).

6. *Tetris Holding, LLC v. Xio Interactive,* Case No. 09-6115, 2011 WL 13141049, at *17 (D.N.J. June 20, 2011).

7. *Arista Records LLC v. Usenet.com, Inc.,* No. 07-cv-8822, 2010 WL 3629688, at *7 (S.D.N.Y. Feb. 2, 2010).

Dated: May 23, 2022

        **PRYOR CASHMAN LLP**
        *Attorneys for Plaintiffs*
        James G. Sammataro, Esq.
        Florida Bar No. 520292
        255 Alhambra Circle, 8th Floor
        Miami, Florida 33134
        Telephone: (786) 582-3010
        Facsimile:  (786) 582-3004
        Email: jsammataro@pryorcashman.com
              bmaida@pryorcashman.com

        *s/ James G. Sammataro*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 23, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send Notices of Electronic Filing to all counsel of record.

        *s/ James G. Sammataro*
        James G. Sammataro