UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1-21-cv-22825- WPD

SONY MUSIC ENTERTAINMENT; SONY
MUSIC ENTERTAINMENT US LATIN LLC;
ZOMBA RECORDING LLC; ARISTA
MUSIC; ARISTA RECORDS LLC; LAFACE
RECORDS LLC; RECORDS LABEL, LLC;
VOLCANO ENTERTAINMENT III LLC,

                Plaintiffs,

v.

Vital Pharmaceuticals, Inc. *d/b/a* Bang Energy;
and Jack Owoc, an individual,

                Defendants.

_____

**DEFENDANT JACK OWOC'S RESPONSE TO ORDER TO SHOW CAUSE**

As ordered by the Court on May 26, 2022 at D.E. 61, attached please find the Declaration of Jack Owoc. Mr. Owoc respectfully requests he not be held in contempt. *See Hornady Truck Line, Inc. v. Volvo Trucks No. Amer.*, No. CV-98-0037-BH-M, 2000 WL 1137203, at *6 (S.D. Ala. July 18, 2000) ("contempt powers are to be used sparingly").

Dated: June 7, 2022.

                              GORDON REES SCULLY MANSUKHANI LLP

                              *s/ Andrew R. Schindler*
                              Andrew R. Schindler, FBN 124845
                              Gordon Rees Scully Mansukhani LLP
                              100 SE 2nd Street, Suite 3900
                              Miami, Florida 33131
                              Tel: (305) 428-5329
                              Email: *aschindler@grsm.com*

Susan B. Meyer, *Pro Hac Vice*
Gordon Rees Scully Mansukhani LLP
101 W Broadway, Suite 2000
San Diego, CA 92101
Tel: (619) 696-6700
Email: smeyer@grsm.com

Jill J. Ormond, *Pro Hac Vice*
Gordon Rees Scully Mansukhani LLP
Two North Central Avenue, Suite 2200
Phoenix, AZ 85004
Tel: (602) 794-2491
Email: jormond@grsm.com
*Attorneys for Jack Owoc and Vital Pharmaceuticals, Inc.*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on June 7, 2022, the foregoing document was electronically served upon all counsel of record.

s/ *Andrew R. Schindler*
Andrew R. Schindler
