# EXHIBIT 1

| | |
|---|---|
| **From:** | Jacoby, David, Sony Music |
| **Sent:** | Tuesday, April 13, 2021 6:09 PM |
| **To:** | gideon.eckhouse@bangenergy.com |
| **Cc:** | Ford, Brooke, Sony Music; Korpinen, Tommy, Sony Music; Levin, Gene, Sony Music; Shaheen, Michael, Sony Music |
| **Subject:** | SME/Bang Energy- Unauthorized Use of SME Sound Recordings |
| **Attachments:** | Exhibit 1 (updated).pdf; Exhibit 2.pdf |

For Settlement Purposes Only – Subject to FRE 408

Gideon:

Thanks for speaking with us last week regrading SME's infringement claims against Bang Energy. After our discussion, we took another look at Bang Energy's social media platforms, and discovered three additional uses, bringing the total number of infringing videos to 230. I have attached an updated PDF as Exhibit 1 for your reference. We have also discovered that Bang has paid influencers to create commercials that contain SME content, which commercials were then posted on the influencer's own social media pages. Thus far, we have identified 22 such uses, and those are identified on Exhibit 2.

After reviewing the uses at issue, SME is willing to settle this dispute for a payment of $5,040,000. We calculated this amount by multiplying the number of unauthorized uses (252) by a per use amount of $20,000.

SME believes that this per use amount is objectively reasonable. As we discussed on the call, under applicable copyright law, statutory damages can be awarded in amounts up to $30,000 for each infringing video for *non-willful infringement*, and as much as $150,000 for each infringing video for willful infringement. You can do the math -- Bang Energy is potentially liable in amounts far in excess of SME's demand if the evidence establishes that Bang Energy acted willfully, which as you may know, requires only proof of recklessness. And here – even without the benefit of discovery – Bang Energy's conduct can easily be described as willful. As discussed on the call, we understand that Bang Energy has contractual relationships with influencers or "ambassadors" who may have created some of the videos at issue. It also appears that Bang Energy created many of these videos in-house, and made a specific choice to use SME's recordings. In any event, Bang Energy employees review the videos before posting them to Bang Energy's social media accounts, and they hand-pick specific videos that highlight entertaining clips displaying Bang Energy products. Reposting and publicly performing these advertisements containing commercial music constitutes copyright infringement, and violates the terms of use of each applicable social media platform. Bang Energy is a sophisticated, hugely successful company that knows that commercial music must be licensed (as evidenced by the fact that it has approached SME for a license with respect to its proposed new service), and that also puts substantial resources into protecting its own intellectual property rights.

Further, the per-use value of SME's settlement demand is in line with the actual license fees and/or settlements SME has received from similar companies in similar circumstances. The fact is that Bang Energy used some of the most recognizable music from extremely popular artists, and the actual license fees in many instances would have been in excess of SME's per use demand. Moreover, to the extent applicable, SME's demand does not factor in any amount for revenue received by Bang Energy as a result of disseminating the infringing videos. Finally, from Bang Energy's perspective, I would think this settlement makes sense given that should SME commence litigation, Bang Energy's wrongful content would become evident to the music publishers that own the copyright in the musical compositions that are embodied in SME's sound recordings, as well as to other record labels that own the substantial number of sound recordings that were used in other Bang Energy's videos that are not at issue here.

I should also point out that it appears that while a few of Bang Energy's affiliated influencers do disclose that their videos are paid endorsements, most do not. Indeed, we found one influencer who disclosed that one video was an advertisement for Bang Energy, but he did not do so with respect to the rest of the videos we found. The failure to provide the disclosures mandated by the FTC appears to be further evidence of Bang Energy's willfully wrongful conduct.

Given all of this, SME's demand probably should be much higher, but as we explained, our goal is to avoid litigation and have Bang Energy begin to start properly licensing SME content. The amount demanded is a fair compromise that will allow SME to reasonably compensate its artists for Bang Energy's unauthorized uses.

In exchange for this settlement amount, SME would be willing to release Bang Energy from any claims regarding the 252 specific uses as transmitted via the specific URLs SME has identified. We understand that Bang Energy may want a more general release in case there are additional infringing uses not yet identified. While SME does not often agree to provide a general release (given that SME does not know what other uses of its content Bang Energy has made), we are willing to do so here if this can be resolved quickly. Accordingly, for an additional $500,000 payment, SME is willing to release Bang Energy from any claims relating to any use of SME's sound recordings on any website or any social media "channel" owned or controlled by Bang Energy or its influencers with whom it has a contractual agreement through the effective date of the settlement. The total settlement payment would be $5,540,000.

Again, at the aforementioned $20,000 per use "rate", the additional $500,000 would be "covered" to the extent there are approximately 25 additional infringing videos that have yet to be discovered. We believe this offer is, once again, eminently reasonable, but if Bang Energy does not wish to receive a general release, that is also fine with SME.

Moreover, Bang Energy must immediately take down all videos containing SME content. In addition, please 1) make sure Bang Energy preserves all documents and materials related to the unlicensed use of commercial music (whether or not Bang Energy believes that SME is the copyright owner of the sound recording at issue) and 2) provide a list of any videos containing SME sound recordings that have not been identified by SME (if you are unsure whether SME is the owner, please provide the artist and track and we can let you know).

Lastly, while SME is willing to engage with Bang Energy with respect to licensing content for its proposed social media platform, please understand that no content license will be executed until the parties have reached a resolution of the infringement claims discussed herein. Indeed, SME's claims must be resolved whether or not a going-forward content license is ever consummated.

We look forward to your prompt response. SME continues to reserve its rights and remedies.

Regards,
David

EXHIBIT 1

|   | SME Artist | SME Track | URL |
|---|---|---|---|
| 1 | 21 Savage | Bank Account | https://www.tiktok.com/@redline.energy/video/6867593770175679750 |
| 2 | 24KGoldn | Mood | https://www.tiktok.com/@bangenergy/video/6862802767883373830 |
| 3 | 24KGoldn | Mood | https://www.tiktok.com/@redline.energy/video/6862116023722675462 |
| 4 | 24KGoldn | Mood | https://www.instagram.com/p/CFkuTn6Djrj/ |
| 5 | A$AP Ferg ft. Future | New Level | https://www.instagram.com/p/BmWx73qn0aa/ |
| 6 | A$AP Ferg ft. Nicki Minaj | Plain Jane REMIX | https://www.instagram.com/p/BkIfQW2jk-J/ |
| 7 | A$AP Ferg ft. Nicki Minaj | Plain Jane REMIX | https://www.tiktok.com/@stoked.beverage/video/6937308808335150342? |
| 8 | Alan Walker | The Spectre | https://m.facebook.com/watch/?v=823907491274790 |
| 9 | Arizona Zervas | Roxanne | https://www.instagram.com/p/CJ_PxmIHZa1/ |
| 10 | Becky G | Shower | https://www.tiktok.com/@redline.energy/video/6900174910610525446 |
| 11 | Becky G | Shower | https://www.tiktok.com/@bangenergy/video/6905021147243416838 |
| 12 | Becky G | Shower | https://www.instagram.com/p/CIqnCzuHcD-/ |
| 13 | Becky G | Shower | https://www.tiktok.com/@stoked.beverage/video/6878347720684326149 |
| 14 | Becky G | Shower | https://www.tiktok.com/@stoked.beverage/video/6897350741577534725 |
| 15 | Becky G | Shower | https://www.tiktok.com/@redline.energy/video/6916876693772848389 |
| 16 | Beyonce | Diva | https://www.tiktok.com/@redline.energy/video/6930626599658310917 |
| 17 | Beyonce | I'm A Grown Woman | https://www.facebook.com/watch/?v=645447215485758 |
| 18 | Beyonce | Partition | https://www.tiktok.com/@bangenergy.ceo/video/6795297071399324934 |
| 19 | Beyoncé | Check On It | https://www.tiktok.com/@bangenergy/video/6820867052039867654 |
| 20 | Beyoncé feat. Jay-Z | Crazy in Love | http://www.instagram.com/p/CFw4THol7bD |
| 21 | Beyonce ft. Jay-Z | "7/11" | https://www.tiktok.com/@redline.energy/video/6923645555344166150 |
| 22 | Beyonce ft. Jay-Z | Crazy in Love | https://www.tiktok.com/@redline.energy/video/6916254620524301574 |
| 23 | Beyonce ft. Jay-Z | Crazy in Love | https://www.tiktok.com/@noofuzion/video/6919146951954943237 |
| 24 | Beyonce ft. Jay-Z | Upgrade U | https://www.instagram.com/p/BBsvm2KRA5V/ |
| 25 | Beyonce ft. Sean Paul | Baby Boy | https://www.instagram.com/p/Bki6AEFn-ue/ |

| # | Artist | Song | URL |
|---|---|---|---|
| 26 | Big $tunt | Capitalize Off Pain | https://www.tiktok.com/@bangenergy/video/6897710201881791750 |
| 27 | Black Eyed Peas & Shakira | GIRL LIKE ME | https://www.tiktok.com/@noofuzion/video/6925171619434401030 |
| 28 | Britney Spears | …Baby One More Time | https://www.tiktok.com/@bangenergy/video/6797894768555724037 |
| 29 | Britney Spears | …Baby One More Time | https://www.tiktok.com/@bangenergy/video/6807572118834793733 |
| 30 | Britney Spears | …Baby One More Time | https://www.tiktok.com/@bangenergy.ceo/video/6807571254296513797 |
| 31 | Britney Spears | Gimme More | https://www.instagram.com/p/CLxFAtSDCjW/ |
| 32 | Calboy | Envy Me | https://www.tiktok.com/@bangenergy/video/6885180586684632325 |
| 33 | Calboy | Envy Me | https://www.tiktok.com/@bangenergy/video/6884310867387649285 |
| 34 | Calboy | Envy Me | https://www.tiktok.com/@stoked.beverage/video/6874309663920360709 |
| 35 | Calvin Harris & Disciples | How Deep Is Your Love | https://www.instagram.com/p/BK64iF_BZvm/ |
| 36 | Calvin Harris & Disciples | How Deep Is Your Love | https://www.instagram.com/p/Bwz2DNZhUxb/ |
| 37 | Calvin Harris & Dua Lipa | One Kiss | https://www.instagram.com/p/CL1sbjBhnoa/ |
| 38 | Calvin Harris ft. Big Sean | Open Wide | https://www.instagram.com/p/BnwU5e2BYni/ |
| 39 | Calvin Harris ft. Ne-Yo | Let's Go | https://www.facebook.com/125815407448944/videos/1453493231347815 |
| 40 | Calvin Harris ft. Pharrell Williams, Katy Perry & Big Sean | Feels | https://www.instagram.com/p/CIs_jIEBDt1/ |
| 41 | Camila Cabello ft. Quavo | OMG | http://www.instagram.com/p/BYOiv2Vj2XY |
| 42 | Chris Brown | Gimme That | http://www.instagram.com/p/CJ6IIvugk76 |
| 43 | Chris Brown | No Guidance ft. Drake | https://www.tiktok.com/@bangenergy/video/6888025510668946693 |
| 44 | Chris Brown | Beg For It | https://www.instagram.com/p/CKgszoUFxDF/ |
| 45 | Chris Brown | Don't Wake Me Up | https://www.instagram.com/p/BTMOmnWjeWA/ |
| 46 | Chris Brown & Young Thug | Go Crazy | https://www.tiktok.com/@stoked.beverage/video/6853168187748470022 |
| 47 | Chris Brown & Young Thug | Go Crazy | https://www.tiktok.com/@stoked.beverage/video/6927639311051476229 |

| | | | |
|---|---|---|---|
| 48 | Chris Brown ft. Busta Rhymes | Look At Me Now | https://www.tiktok.com/@noofuzion/video/6926925208863378693?lang=en&is_copy_url=0&is_from_webapp=v3&sender_device=pc&sender_web_id=6922861982179149318 |
| 49 | Chris Brown ft. Lil' Wayne | Gimme That (Remix) | https://www.tiktok.com/@bangenergy/video/6906503436485872902 |
| 50 | Chris Brown X Tyga; | Ayo | https://www.youtube.com/watch?v=CR8_sjVE1CE |
| 51 | Chrishan | Sin City | https://www.tiktok.com/@bangenergy/video/6884030165798669573 |
| 52 | Christina Aguilera | Genie in a Bottle | https://www.tiktok.com/@bangenergy.ceo/video/6785206005664910598 |
| 53 | CHROMANCE | Wrap Me In Plastic | https://www.tiktok.com/@redline.energy/video/6890299699832605957 |
| 54 | CHROMANCE | Wrap Me In Plastic | https://www.tiktok.com/@bangenergy/video/6891475153289612550 |
| 55 | CHROMANCE | Wrap Me In Plastic | https://www.tiktok.com/@bangenergy/video/6895817421127503110 |
| 56 | CHROMANCE | Wrap Me In Plastic | 044960995003654 |
| 57 | CHROMANCE | Wrap Me In Plastic | https://www.tiktok.com/@noofuzion/video/6908093357763972357 |
| 58 | CHROMANCE | Wrap Me In Plastic | https://www.tiktok.com/@stoked.beverage/video/6905943187479645445 |
| 59 | CHROMANCE | Wrap Me In Plastic | https://www.tiktok.com/@stoked.beverage/video/6902157611387456774 |
| 60 | CHROMANCE | Wrap Me In Plastic | https://www.tiktok.com/@stoked.beverage/video/6867942957652233478 |
| 61 | Ciara | Get Up | https://www.tiktok.com/@redline.energy/video/6864623880355597573 |
| 62 | Ciara ft. Missy Elliot | 1,2 Step | https://www.tiktok.com/@stoked.beverage/video/6867156652496358662 |
| 63 | Ciara ft. Petey Pablo | Goodies | https://www.instagram.com/p/BmZYIGmg1in/ |
| 64 | Dillon Francis;DJ Snake | Get Low | https://www.youtube.com/watch?v=e6ORYQoBf2k |
| 65 | DJ Jazzy Jeff & The Fresh Prince | The Fresh Prince of Bel-Air | https://www.instagram.com/p/CJ3frMjnfh1/ |
| 66 | DJ Khaled ft. Drake | POPSTAR | https://www.tiktok.com/@bangenergy/video/6884762195679251717 |
| 67 | DJ Khaled ft. Rihanna | Wild Thoughts | https://www.instagram.com/p/CMk2k1clyhm/ |
| 68 | DJ Snake & Lil Jon | Turn Down For What | https://www.tiktok.com/@bangenergy/video/6858324265909947653 |
| 69 | DJ Snake & Lil Jon | Turn Down For What | https://www.instagram.com/p/BHp8DjPBI_h/ |

| # | Artist | Song | Link |
|---|---|---|---|
| 70 | Doja Cat | Boss Bitch | https://www.tiktok.com/@bangenergy/video/6831276678254251270 |
| 71 | Doja Cat | Like That | https://www.tiktok.com/@bangenergy.ceo/video/6815373652805160198 |
| 72 | Doja Cat | Say So | https://www.tiktok.com/@bangenergy/video/6806456579886451973 |
| 73 | Doja Cat | Say So | https://www.tiktok.com/@bangenergy/video/6812032731149634821 |
| 74 | Doja Cat | Say So | https://www.tiktok.com/@bangenergy/video/6820517288890961158 |
| 75 | Doja Cat | Say So | https://www.tiktok.com/@bangenergy.ceo/video/6798216889987337478 |
| 76 | Doja Cat | Say So | https://www.tiktok.com/@bangenergy.ceo/video/6807935226971426054 |
| 77 | Doja Cat | Say So | https://www.facebook.com/watch/?v=3091369130908046 |
| 78 | Dolly Parton | Jolene | https://www.tiktok.com/@bangenergy/video/6911808043084696837 |
| 79 | DripReport | Skechers | https://www.tiktok.com/@bangenergy/video/6839410424945904901 |
| 80 | Earth, Wind & Fire | September | http://www.instagram.com/p/CIiqLI9F-rN |
| 81 | Earth, Wind & Fire | September | https://www.tiktok.com/@stoked.beverage/video/6876527962498321670 |
| 82 | Electric Light Orchestra | Mr. Blue Sky | https://www.tiktok.com/@bangenergy/video/6869165416053280006 |
| 83 | Electric Light Orchestra | Mr. Blue Sky | https://www.instagram.com/p/CLUuFJcDG4C/ |
| 84 | Enrique Inglesias & Pitbull | Move To Miami | https://www.instagram.com/p/BmY84bwgIV1/ |
| 85 | Enrique Inglesias & Pitbull | Move To Miami | https://www.instagram.com/p/BmW1YnPn3Jj/ |
| 86 | Farruko | La Toxica | https://www.tiktok.com/@stoked.beverage/video/6875475740985478405 |
| 87 | Fifth Harmony | Worth It | https://www.tiktok.com/@redline.energy/video/6854745112581377286 |
| 88 | Fifth Harmony | Worth It | https://www.tiktok.com/@redline.energy/video/6856923416063216901 |
| 89 | Foster The People | Pumped Up Kicks | https://www.tiktok.com/@stoked.beverage/video/6856218003969690886 |
| 90 | Foster The People | Pumped Up Kicks | https://www.instagram.com/p/CFzVdIqjhdE/ |
| 91 | Gloria Estefan | Conga | https://www.tiktok.com/@stoked.beverage/video/6877611547837992198 |
| 92 | Gloria Estefan & Miami Sound Machine | Conga | http://www.instagram.com/p/CHETNrel-Ea |
| 93 | iLoveMemphis | Hit the Quan | https://www.tiktok.com/@bangenergy/video/6891033148805680389 |

| # | Artist | Song | Link |
|---|---|---|---|
| 94 | iLoveMemphis | Hit the Quan | https://www.tiktok.com/@bangenergy/video/6893635984496332038 |
| 95 | iLoveMemphis | Hit the Quan | https://www.tiktok.com/@bangenergy/video/6893998967877635334 |
| 96 | iLoveMemphis | Hit the Quan | https://www.instagram.com/p/CG2S3jhDC4T/ |
| 97 | Ir Sais | Dream Girl | https://www.tiktok.com/@bangenergy/video/6833447349616938246 |
| 98 | Ir Sais | Dream Girl | https://www.tiktok.com/@bangenergy/video/6841994043069615365 |
| 99 | Ir Sais | Dream Girl | https://www.instagram.com/p/CB9iQqSj8V9/ |
| 100 | Ir Sais | Dream Girl | https://www.instagram.com/p/CJT2vEaDOZI/ |
| 101 | Ir Sais | Dream Girl | https://www.instagram.com/p/CKHmlhdjc_i/ |
| 102 | JACKBOYS & Travis Scott ft. Young Thug | Out West | https://www.tiktok.com/@bangenergy/video/6793427762267901190 |
| 103 | JACKBOYS & Travis Scott ft. Young Thug | Out West | https://www.tiktok.com/@bangenergy/video/6795581374209297669 |
| 104 | JACKBOYS & Travis Scott ft. Young Thug | Out West | https://www.tiktok.com/@bangenergy.ceo/video/6794219764223937798 |
| 105 | Jawsh 685 & Jason Derulo | Savage Love (Laxed - Siren Beat) | https://www.tiktok.com/@bangenergy/video/6843193250916961541 |
| 106 | Jawsh 685 & Jason Derulo | Savage Love (Laxed - Siren Beat) | https://www.tiktok.com/@bangenergy/video/6896232374057585925 |
| 107 | Jawsh 685 & Jason Derulo | Savage Love (Laxed - Siren Beat) | https://www.instagram.com/p/CCU3JeQjaTW/ |
| 108 | Jawsh 685 & Jason Derulo | Savage Love (Laxed - Siren Beat) | https://www.instagram.com/p/CK4he7xjAfz/ |
| 109 | Jidenna ft. Mr. Eazi | Zodi | https://www.tiktok.com/@bangenergy/video/6809419625600699654 |
| 110 | Journey | Don't Stop Believin' | https://www.tiktok.com/@bangenergy/video/6855405271359999238 |
| 111 | JP Saxe ft. Julia Michaels | If The World Was Ending | https://www.tiktok.com/@bangenergy/video/6874325365309918470 |
| 112 | Justin Timberlake | Like I Love You | https://www.instagram.com/p/Bf3xImrAnHq/ |
| 113 | Justin Timberlake | Rock Your Body | https://www.instagram.com/p/CFZy1xAjj5e/ |
| 114 | Justin Timberlake | SexyBack | https://www.instagram.com/p/CLca1yCnAbK/ |
| 115 | Justin Timberlake | SexyBack | https://www.instagram.com/p/B_1IHjmjzwW/ |
| 116 | Justin Timberlake | SexyBack | https://www.instagram.com/p/CMe4p8tj1Kl/ |
| 117 | KBFR | Hood Baby | https://www.tiktok.com/@bangenergy/video/6843865977524948229 |
| 118 | KBFR | Hood Baby | https://www.tiktok.com/@bangenergy/video/6871793916748844294 |

| # | Artist | Song | Link |
|---|---|---|---|
| 119 | KBFR | Hood Baby | https://www.tiktok.com/@stoked.beverage/video/6852793464879336710 |
| 120 | Kesha | Cannibal | https://www.tiktok.com/@bangenergy.ceo/video/6801178253370379526 |
| 121 | Kesha | Cannibal | https://www.tiktok.com/@bangenergy.ceo/video/6815745955279752454 |
| 122 | Kesha | Take It Off | https://www.tiktok.com/@bangenergy/video/6822045817189207301 |
| 123 | Kesha | Take It Off | https://www.instagram.com/p/B_-1pLUD_VO/ |
| 124 | Khalid | Location | https://www.tiktok.com/@stoked.beverage/video/6852472684429790469 |
| 125 | Kina ft. Snow | Get You The Moon | https://www.tiktok.com/@bangenergy.ceo/video/6790809864743505158 |
| 126 | Kirk Franklin | When I Get There | https://www.tiktok.com/@bangenergy/video/6917745281538821382 |
| 127 | KRYPTO9095 ft. D3Mstreet | Woah | https://www.tiktok.com/@bangenergy/video/6841265683305729286 |
| 128 | Kygo ft. Conrad Sewell | Firestone | https://www.instagram.com/p/Bj0ZtJ_gCSk/ |
| 129 | Labrinth | Still Don't Know My Name | https://www.tiktok.com/@bangenergy/video/6890672362287631622 |
| 130 | Lauryn Hill | Killing Me Softly | https://www.tiktok.com/@bangenergy/video/6913989637698522374 |
| 131 | Lauryn Hill | Killing Me Softly | https://www.tiktok.com/@bangenergy/video/6916542798502120710 |
| 132 | Lauryn Hill | Killing Me Softly | https://www.tiktok.com/@redline.energy/video/6898508711053036806 |
| 133 | Lil Mama | Lip Gloss | https://www.tiktok.com/@bangenergy/video/6773414637330304262 |
| 134 | Lil Nas X | Holiday | https://www.tiktok.com/@bangenergy/video/6902570821777116422 |
| 135 | Lil Nas X | Holiday | https://www.tiktok.com/@bangenergy/video/6909492784038776070 |
| 136 | Lil Nas X | Holiday | https://www.tiktok.com/@bangenergy/video/6920255216004680965 |
| 137 | Lil Nas X | Rodeo | https://www.instagram.com/p/BybZ-lKAMws/ |
| 138 | Lil Nas X ft. Billy Ray Cyrus | Rodeo (Remix) | https://www.tiktok.com/@bangenergy/video/6855052023281306886 |
| 139 | Marc Anthony | Vivir Mi Vida | https://www.tiktok.com/@stoked.beverage/video/6893262409801272581 |
| 140 | Mariah Carey | All I Want For Christmas Is You | http://www.instagram.com/p/CI-6kWsAdk7 |
| 141 | Mariah Carey | All I Want For Christmas Is You | https://www.tiktok.com/@bangenergy/video/6900010334082321670 |

| # | Artist | Song | Link |
|---|---|---|---|
| 142 | Mariah Carey | All I Want For Christmas Is You | https://www.tiktok.com/@redline.energy/video/6909850538515516677 |
| 143 | Mariah Carey | All I Want For Christmas Is You | https://www.tiktok.com/@bangenergy.ceo/video/6771496681180515589 |
| 144 | Mariah Carey | Emotions | https://www.tiktok.com/@bangenergy/video/6913304181067484422 |
| 145 | Mariah Carey ft. ODB | Fantasy (Remix) | https://www.tiktok.com/@bangenergy/video/6809314233365384453 |
| 146 | Mariah Carey ft. ODB | Fantasy (Remix) | https://www.tiktok.com/@bangenergy/video/6810462913829014789 |
| 147 | Mark Ronson ft. Bruno Mars | Uptown Funk | https://www.instagram.com/p/BouZlzjgKKN/ |
| 148 | Martin Garrix ft. Macklemore & Patrick Stump of Fall Out Boy | Summer Days | https://www.instagram.com/p/CGNQyHkje0H/ |
| 149 | Matt Stell | Prayed For You | https://www.tiktok.com/@bangenergy/video/6911808043084696837 |
| 150 | Matthew Wilder | Break My Stride | https://www.instagram.com/p/B_lQ3ycFkRD/ |
| 151 | Meghan Trainor | Better When I'm Dancin | https://www.instagram.com/p/CHNlxx0DD1b/ |
| 152 | Metro Station | Shake It | https://www.tiktok.com/@redline.energy/video/6899213193290337541 |
| 153 | Metro Station | Shake It | https://www.instagram.com/p/CKoptdcHCs4/ |
| 154 | Metro Station | Shake It | https://www.tiktok.com/@bangenergy.ceo/video/6790102166330707205?is_copy_url=1&is_from_webapp=v3 |
| 155 | Metro Station | Shake It | https://www.tiktok.com/@stoked.beverage/video/6864241590014070022 |
| 156 | Michael Jackson | Bad | https://www.instagram.com/p/CMnbUVyF9D1/ |
| 157 | Michael Jackson | Billie Jean | https://www.tiktok.com/@bangenergy/video/6918024440022338821 |
| 158 | Michael Jackson | Billie Jean | https://www.tiktok.com/@bangenergy/video/6895875876198583558 |
| 159 | Michael Jackson | Billie Jean | https://www.tiktok.com/@bangenergy/video/6901090289662954758 |
| 160 | Mitchell Tenpenny | Drunk Me | https://www.tiktok.com/@bangenergy/video/6911808043084696837 |
| 161 | Monica ft. Dem Franchize Boyz | Everytime Tha Beat Drop | https://www.instagram.com/p/CKRSDpvnJHu/ |
| 162 | Neon Jungle | Trouble | https://www.facebook.com/125815407448944/videos/675502592480220 |
| 163 | Ne-Yo & Pitbull | Time Of Our Lives | https://www.tiktok.com/@bangenergy/video/6922442860180573446 |

| # | Artist | Title | URL |
|---|---|---|---|
| 164 | One Direction | Magic | https://www.tiktok.com/@noofuzion/video/6935533710691290373 |
| 165 | Paul Anka | Put Your Head On My Shoulder | https://www.tiktok.com/@noofuzion/video/6937324497049554182?lang=en&is_copy_url=0&is_from_webapp=v3&sender_device=pc&sender_web_id=6922861982179149318 |
| 166 | Perry Como & The Fontane Sisters | It's Beginning To Look A Lot Like Christmas | https://www.tiktok.com/@bangenergy/video/6907082974240541958 |
| 167 | Pharrell Williams | Happy | https://www.instagram.com/p/CIBpFEvjkNw/ |
| 168 | Pitbull | I Know You Want Me (Calle Ocho) | https://www.instagram.com/p/Bhju5zCgCtK/ |
| 169 | Pitbull feat. T-Pain | Hey Baby (Drop It to the Floor) (Alvaro Remix) | http://www.instagram.com/p/BNwgpxEDb5J |
| 170 | Pitbull;John Ryan | Fireball | http://www.instagram.com/p/CCTSk71lXLQ |
| 171 | Polo Frost ft. Ayo & Teo | Best Ever | https://www.tiktok.com/@bangenergy/video/6927347910376049925 |
| 172 | Powfu | death bed | https://www.tiktok.com/@bangenergy.ceo/video/6810161230003653893 |
| 173 | Regard | Ride It | https://www.tiktok.com/@bangenergy/video/6779946611033279750 |
| 174 | Ritt Momney | Put Your Records On | https://www.tiktok.com/@bangenergy/video/6878007595399908613 |
| 175 | Ritt Momney | Put Your Records On | https://www.tiktok.com/@stoked.beverage/video/6889882413485264134 |
| 176 | Ro Ransom | See Me Fall | https://www.tiktok.com/@noofuzion/video/6905944510291840261 |
| 177 | Rocky Orchestra | Gonna Fly Now | https://www.tiktok.com/@bangenergy.ceo/video/6792724445510257926 |
| 178 | Romeo Santos | Propuesta Indecente | https://www.instagram.com/p/CLzub_VnVxF/ |
| 179 | Rosalia & Travis Scott | TKN | https://www.tiktok.com/@bangenergy/video/6849804827044662533 |
| 180 | Rosalia & Travis Scott | TKN | https://www.tiktok.com/@bangenergy/video/6859548722548804869 |
| 181 | Rosalia & Travis Scott | TKN | https://www.tiktok.com/@redline.energy/video/6855087969146064134 |
| 182 | Rosalia & Travis Scott | TKN | https://www.tiktok.com/@stoked.beverage/video/6892810223854062853 |
| 183 | RUN DMC | It's Tricky | http://www.instagram.com/p/CJTxCf3gIUQ |
| 184 | RUN DMC | It's Tricky | https://www.tiktok.com/@redline.energy/video/6914281739246472454 |
| 185 | Run-DMC | It's Tricky | https://www.tiktok.com/@bangenergy/video/6937414939082542341?lang=en&is_copy_url=0&is_from_webapp=v3&sender_device=pc&sender_web_id=6922861982179149318 |

| # | Artist | Song | Link |
|---|---|---|---|
| 186 | Run-DMC | It's Tricky | https://www.tiktok.com/@bangenergy/video/6935551046706089222?lang=en&is_copy_url=0&is_from_webapp=v3&sender_device=pc&sender_web_id=6922861982179149318 |
| 187 | Run-DMC | It's Tricky | https://www.tiktok.com/@bangenergy/video/6913383703104343302 |
| 188 | Run-DMC | It's Tricky | https://www.instagram.com/p/CKT57GYjpBO/ |
| 189 | Russ | What They Want | https://www.tiktok.com/@stoked.beverage/video/6855069850277072134 |
| 190 | SAINt JHN | Roses (Imanbek Remix) | https://www.tiktok.com/@bangenergy/video/6826548117479935238 |
| 191 | SAINt JHN | Roses (Imanbek Remix) | https://www.tiktok.com/@bangenergy/video/6828004767844044038 |
| 192 | SAINt JHN | Roses (Imanbek Remix) | https://www.instagram.com/p/CI1d6wRDQeX/ |
| 193 | Sean Kingston | Beautiful Girls | https://www.instagram.com/p/CHJYXnal9t4/ |
| 194 | Shakira | Hips Don't Lie | https://www.tiktok.com/@bangenergy/video/6830905255098731781 |
| 195 | Shakira | Hips Don't Lie | https://www.tiktok.com/@bangenergy.ceo/video/6811566380287151366 |
| 196 | Shakira | Hips Don't Lie | https://www.tiktok.com/@bangenergy.ceo/video/6813418288157117702 |
| 197 | Sia | Elastic Heart (Steve Pitron & Max Sanna Club Mix) | https://www.instagram.com/p/BixVnM7AVjV/ |
| 198 | Sigala & Becky Hill | Wish You Well | https://www.instagram.com/p/B1UaBIAgJKQ/ |
| 199 | StaySolidRocky | Party Girl | http://www.instagram.com/p/CDRbssWlv04 |
| 200 | StaySolidRocky | Party Girl | https://www.tiktok.com/@bangenergy/video/6826075895845981446 |
| 201 | StaySolidRocky | Party Girl | https://www.tiktok.com/@bangenergy/video/6834965702726765829 |
| 202 | Tai Verdes | Stuck In The Middle | https://www.tiktok.com/@bangenergy/video/6897349697938148613 |
| 203 | Tai Verdes | Stuck In The Middle | https://www.tiktok.com/@bangenergy/video/6904848835240004869 |
| 204 | Tal Bachman | She's So High | https://www.tiktok.com/@bangenergy/video/6929311390280813830 |
| 205 | The Fray | How To Save A Life | https://www.instagram.com/p/BxSiQVNlJhg/ |
| 206 | The Neighbourhood | Daddy Issues | https://www.instagram.com/p/CFuQGuTjgK5/ |
| 207 | TIAGZ | Muffins In The Freezer | https://www.tiktok.com/@stoked.beverage/video/6857591654312955142 |
| 208 | Tinashe ft. Schoolboy Q | 2 On | https://www.tiktok.com/@bangenergy/video/6875878711149743366 |

| | | | |
|---|---|---|---|
| 209 | TLC | No Scrubs | https://www.tiktok.com/@noofuzion/video/6880181449090256133 |
| 210 | T-Pain feat. Lil Wayne | Bang Bang Pow Pow | http://www.instagram.com/p/BYrHUauD02d |
| 211 | T-Pain feat.Yung Joc | Buy You A Drank | https://www.instagram.com/p/BhkPA39FV55/ |
| 212 | Tyga | Ayy Macarena | https://www.tiktok.com/@bangenergy.ceo/video/6814268207201897734 |
| 213 | Tyga & Curtis Roach | Bored In The House | https://www.tiktok.com/@bangenergy/video/6816434597090430214 |
| 214 | Tyga & Curtis Roach | Bored In The House | https://www.tiktok.com/@bangenergy.ceo/video/6816044081299328262 |
| 215 | Usher feat. Lil Jon & Ludacris | Yeah! | http://www.instagram.com/p/CEw_OfxllB5 |
| 216 | Usher feat. Lil Jon & Ludacris | Yeah! | https://www.tiktok.com/@bangenergy/video/6860548605913140485 |
| 217 | Usher feat. Lil Jon & Ludacris | Yeah! | https://www.tiktok.com/@noofuzion/video/6860638773080886534 |
| 218 | Vanic ft. Maty Noyes | Too Soon (heroless Remix) | http://www.instagram.com/p/BXsx2g7jDAh |
| 219 | WhoHeem | Lets Link | https://www.tiktok.com/@bangenergy/video/6921140268393598213 |
| 220 | Y2K & bbno$ | Lalala | https://www.tiktok.com/@bangenergy/video/6801989763566963974 |
| 221 | Y2K & bbno$ | Lalala | https://www.tiktok.com/@redline.energy/video/6853523512322297093 |
| 222 | Y2K & bbno$ | Lalala (Ilkan Gunuc Remix) | https://www.tiktok.com/@bangenergy/video/6811619214651100422 |
| 223 | Yo Gotti ft. Lil Uzi Vert | Pose | https://www.tiktok.com/@noofuzion/video/6933217763880144133 |
| 224 | Zara Larsson | I Would Like (R3hab Remix) | https://www.instagram.com/p/BPn0zdShKU1/ |
| 225 | Zara Larsson | I Would Like (Gorgon City Remix) | https://www.tiktok.com/@bangenergy/video/6917302688673697029 |
| 226 | Zara Larsson | I Would Like (Gorgon City Remix) | http://www.instagram.com/p/BOu3GZjjSZP |
| 227 | Zara Larsson | Invisible | https://www.tiktok.com/@bangenergy/video/6825828227865513222 |
| 228 | C + C Music Factory | Gonna Make You Sweat (Everybody Dance Now) | https://www.instagram.com/p/CE76vzDHHZN/ |
| 229 | Black Eyed Peas & El Alfa | NO MANANA | http://www.instagram.com/p/CCTSk71lXLQ |
| 230 | Adele | Set Fire To The Rain | http://www.instagram.com/p/CCTSk71lXLQ |

**EXHIBIT 2**

|   | SME Artist | SME Track | URL |
|---|---|---|---|
| 1 | 24kGoldn | DROPPED OUTTA COLLEGE | https://www.instagram.com/p/B6BZ84XJ_qq/ |
| 2 | 24kGoldn | Games On Your Phone | https://www.instagram.com/p/B9agC2dp-Mc/ |
| 3 | 24kGoldn | VALENTINO | https://www.instagram.com/p/B5F3ISFpPh1/ |
| 4 | Arizona Zervas | FML | https://www.instagram.com/p/B7pLZMpJjRJ/ |
| 5 | Arizona Zervas | Roxanne | https://www.instagram.com/p/B8l3Y2tJEOE/ |
| 6 | Arizona Zervas | Roxanne | https://www.instagram.com/p/B79QdusJMg_/ |
| 7 | Arizona Zervas | Roxanne | https://www.instagram.com/p/B5JDERnJMsm/ |
| 8 | Ayo & Teo & Lil Yachty | Ay3 | https://www.instagram.com/p/BpIKIrlHxBX/ |
| 9 | Black Eyed Peas x Shakira | GIRL LIKE ME | https://www.instagram.com/p/CKc0Il8h8nZ/ |
| 10 | Boza | Hecha Pa' Mi | https://www.instagram.com/p/CLj8rIyh7gH/ |
| 11 | Camilo & El Alfa | BEBE | https://www.instagram.com/p/CKuMe5QhnA_/ |
| 12 | Earth, Wind, and Fire | September | https://www.instagram.com/p/CKjep5tDOxT/ |
| 13 | Earth, Wind, and Fire | September | https://www.instagram.com/p/CIvfPPLjXM1/ |
| 14 | Fifth Harmony | Worth It | https://www.instagram.com/p/CMM9gR-jXuM/ |
| 15 | Harry Styles | Adore You | https://www.instagram.com/p/CLKijaKByOL/ |
| 16 | Harry Styles | Adore You | https://www.instagram.com/p/CLAL88CjKI2/ |
| 17 | Ir-Sais | Dream Girl | https://www.instagram.com/p/CMsCcvahY9q/ |
| 18 | Ir-Sais & Rauw Alejandro | Dream Girl (Remix) | https://www.instagram.com/p/CI_Uk7-J1ey/ |
| 19 | Pitbull ft. Ne-Yo & Afrojack | Give Me Everything | https://www.instagram.com/p/CLjtcdRjafb/ |
| 20 | Wisin, Yandel & Farruko ft. Jon Z, Don Chezina, Chencho Corleone & Myke Towers | 3G (Remix) | https://www.instagram.com/p/CMpXydVJNcm/ |
| 21 | WizKid | Joro | https://www.instagram.com/p/CLSEkaoh3_G/ |
| 22 | WizKid | Joro | https://www.instagram.com/p/CIY6nqMJ9Qn/ |