UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:21-CV-22825-WPD

SONY MUSIC ENTERTAINMENT; SONY
MUSIC ENTERTAINMENT US LATIN LLC;
ZOMBA RECORDING LLC; ARISTA
MUSIC; ARISTA RECORDS LLC; LAFACE
RECORDS LLC; RECORDS LABEL, LLC;
VOLCANO ENTERTAINMENT III LLC,

        Plaintiffs,

v.

VITAL PHARMACEUTICALS, INC. *d/b/a* BANG ENERGY;
AND JACK OWOC, AN INDIVIDUAL,

        Defendants.

_____/

## NOTICE OF FILING OF DEPOSITION TESTIMONY

Plaintiffs Sony Music Entertainment, Sony Music Entertainment US Latin LLC, Zomba Recording LLC, Arista Music, Arista Records LLC; LaFace Records LLC, Records Label, LLC and Volcano Entertainment III LLC (collectively, "Plaintiffs") hereby notify the Court and all parties of the filing of excerpts of the transcript of the May 24, 2022 deposition of the defendant Jack Owoc in this matter.

Plaintiffs submit these pertinent excerpts of Mr. Owoc's testimony (specifically, pages 8:17-9:17) as germane to the "Declaration of Jack Owoc Pursuant to Court Order (D.E. 46)," (D.E. 78-1) which was filed on June 7, 2022.

Dated: June 8, 2022

>PRYOR CASHMAN LLP
>255 Alhambra Circle, Floor 8
>Miami, Florida 33134
>Telephone: (786) 582-3010
>Facsimile:  (786) 582-3004
>
>*s/ James G. Sammataro*
>James G. Sammataro
>Florida Bar No. 520292
>David C. Rose (admitted *pro hac vice*)
>Brendan S. Everman
>Florida Bar No. 68702
>drose@pryorcashman.com
>jsammataro@pryorcashman.com
>beverman@pryorcashman.com
>ksuarez@pryorcashman.com
>*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 8, 2022, I caused the foregoing document to be served upon the counsel of record for Defendant Vital Pharmaceutical, Inc. *d/b/a* Bang Energy via electronic mail.

>*s/ James G. Sammataro*