# EXCERPTS OF THE TRANSCRIPT OF THE MAY 24, 2022 DEPOSITION OF DEFENDANT JACK OWOC

## TO BE FILED UNDER SEAL