**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT; SONY MUSIC ENTERTAINMENT US LATIN LLC; ZOMBA RECORDING LLC; ARISTA MUSIC; ARISTA RECORDS LLC; LAFACE RECORDS LLC; RECORDS LABEL, LLC; VOLCANO ENTERTAINMENT III LLC, | Case No.: 1:21-cv-22825-WPD |
| Plaintiffs, | |
| v. | |
| VITAL PHARMACEUTICALS, INC. *d/b/a* BANG ENERGY AND JACK OWOC, AN INDIVIDUAL, | |
| Defendants. _____/ | |

## **DECLARATION OF MEG LIZ OWOC**

I, Meg Liz Owoc, declare as follows:

1. I am the Senior Director of Marketing for Defendant Vital Pharmaceuticals, Inc. ("VPX"). I have personal knowledge of the facts set forth herein and if sworn as a witness could and would testify competently thereto.

2. I was scheduled for and agreed to personally appear as a witness at deposition by Plaintiffs in this matter at their counsel's office in Coral Gables, Florida on May 26, 2022.

3. I was prepared to appear on May 26, 2022. The day before, on May 25, 2022, I was informed that Plaintiffs canceled the May 26 deposition and were instead insisting on deposition dates during the period that I was scheduled to recover from surgery in June.

4. I had surgery on June 2, 2022. This surgery was scheduled because of test results that my medical provider informed me warranted a medically-necessary treatment on a time-urgent basis. The procedure was a non-elective, non-cosmetic surgical procedure to remove tissue attached to my chest wall.

5. The surgery resulted in approximately 100 stiches being placed in my chest, from which I am still recovering. I have not returned to my duties at work and am currently on medical leave.

6. My treating physician recommended four to six weeks of recovery. Sitting for long periods of time for a full day deposition, was not recommended. Sitting for long periods will put pressure on the surgical site because sitting up for a long period of time requires the use of upper body muscles that are still recovering from the surgery.

7. Additionally, because driving also requires use of these muscles, I am not medically cleared to drive.

8. From June 25th to July 2nd I have plans to join my family in Captiva, Florida. During this time, I had planned to continue my recovery with my family in a relaxed environment. As a result, I will not physically be located in Miami on July 1st. If a deposition must take place during this period, I request that it move forward by video.

9. While I may still require breaks from sitting, I am available for a deposition from July 5th through July 12th, including on Saturday, July 8th and Sunday, July 9th. I understand that opposing counsel has not accepted any of these alternative dates, but I remain available if these dates could be used to resolve this dispute.

I declare, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed this __ day of June, 2022.

/s/ *Meg Liz Owoc*
Meg Liz Owoc