UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

SONY MUSIC ENTERTAINMENT; SONY
MUSIC ENTERTAINMENT US LATIN LLC;
ZOMBA RECORDING LLC; ARISTA MUSIC;
ARISTA RECORDS LLC; LAFACE RECORDS
LLC; RECORDS LABEL, LLC; VOLCANO
ENTERTAINMENT III LLC,

          Plaintiffs,

v.

VITAL PHARMACEUTICALS, INC. *d/b/a* BANG
ENERGY AND JACK OWOC, AN INDIVIDUAL,

          Defendants.
_____/

Case No.: 1:21-cv-22825-WPD

## DECLARATION OF MEG LIZ OWOC IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

I, Meg Liz Owoc, declare as follows:

    1.    I am the Senior Director of Marketing for Defendant Vital Pharmaceuticals, Inc., d/b/a Bang Energy ("Bang").

    2.    I have personal knowledge of the facts set forth below. My knowledge is based upon my experience working at Bang, and review of Bang's records. If called and sworn as a witness, I could and would testify competently to the facts stated herein.

    3.    Founded in 1993, Vital Pharmaceuticals manufactures and sells the popular Bang Energy drink.

    4.    Jack Owoc owns Vital Pharmaceuticals.

    5.    Bang Energy drink offers unique beverage flavors and products to match consumers' ever-changing desires. Bang Energy products are drinks created to positively impact the lives of its consumers, and contains no sugar, no carbs, and caffeine. Health-conscious

individuals like fitness enthusiasts, college students, and others with active lifestyles looking for a great taste, nutraceutical ingredients, and boost of energy have flocked to Bang's products. Bang Energy drinks are known for providing consumers with a wide variety of fun and refreshing flavors including Cotton Candy, Peach Mango, Purple Guava Pear, Blue Razz, Lemon Drop, Sour Heads, Root Bear Blaze, Black Cherry Vanilla, Champagne, Cherry Blade Lemonade, Citrus Twist, Power Punch, Star Blast, Rainbow Unicorn, Sweet Tea, and Bangster Berry.

6. At Bang, the customer service department falls under the marketing team and I oversee that department as part of my job duties. The e-mail address info@BangEnergy.com is an e-mail address that is available to the public to use to communicate with use about customer service inquiries and customer questions. It is one of the methods that customers use to contact Bang. It is common that customers send e-mails with product comments and product reviews to the customer service team. Attached as **Exhibit A** are customer review emails indicating why those customers chose to purchase Bang products.

7. From interacting with customers at trade shows, events, and from reviewing customer e-mails, Bang has a number of key selling features including that Bang Energy is a healthy alternative to a high sugar energy drink because it has no sugar and no calories. It also is sold in a number of different flavors that appeal to a wide audience.

8. Bang makes regular posts on TikTok and Instagram, and thousands of posts across all online platforms. Bang's social media posts include:

- YouTube: ~14,800 subscribers, 153 videos, 1,031,476 views
  (https://www.youtube.com/user/vpxsports/)

- Pinterest: 538 followers, ~7,100 views a month
  (https://www.pinterest.com/bangenergy/)

- Facebook: 104,184 followers, 99,811 likes (https://www.facebook.com/BANGenergy/)

- Instagram (bangenergy): ~2,400,000 followers, 7,134 posts (https://www.instagram.com/bangenergy/)

- Instagram (bangenergy.ceo): ~1,100,000 followers, 6,171 posts (https://www.instagram.com/bangenergy.ceo/)

- Instagram (vps_sports): ~85,000 followers, 4,522 posts (https://www.instagram.com/vpx_sports/)

- Twitter: ~24,500 followers, 1,716 tweets (https://twitter.com/bangenergy)

- TikTok (@bangenergy): ~1,500,00 followers, 4.4M likes, at least 949 posts (https://www.tiktok.com/@bangenergy)

- TikTok (@bangenergy.ceo): ~844,400 followers, 2M likes, at least 781 posts (https://www.tiktok.com/@bangenergy.ceo)

- LinkedIn: 88,285 followers (https://www.linkedin.com/company/bangenergy/posts/)

- BangEnergy.com (https://www.semrush.com/analytics/overview/?q=bangenergy.com)

9. As of November 18, 2019, Bang already had over 1 million followers on Instagram. Instagram launched "Reels" in 2020 to share videos similar in format to TikTok, and Bang began marketing on Reels at that time. Instagram allows its users to include music in videos posted on its platform, and also has its own built-in music library with popular songs that users can choose to include in their videos. When users create a video, they are given the option to select music from that built-in library without exiting the application or uploading their own music.

10. In 2020 Bang Energy expanded its social media marketing to include TikTok. TikTok is a social media site centered around short videos and contains a built-in music library of songs. At the time Bang first began posting on TikTok, TikTok videos were limited to a duration of 15 seconds. TikTok allows its users to include music in videos posted on its

3

QB\74831836.1

platform.  TikTok has its own built-in music library with popular songs that users can choose to include in their videos. When users create a video, they are given the option to select music from that built-in library. Users do not have to exit the application or upload their own music.

11. Bang did not receive a warning from TikTok that the songs TikTok provided could not be used in videos posted by businesses, such as Bang.

12. Bang used TikTok as it was intended, posting videos featuring Bang's products utilizing the music that TikTok provided.

13. During a videoconference, a representative of TikTok informed Bang that it could use the music in TikTok's music libraries and, in fact, helped Bang create such a video, which is attached as **Exhibit  B.**

14. Bang has detailed written corporate policies, which it updates regularly, aimed at avoiding unauthorized use of the intellectual property of others.

15. Bang has taken steps to ensure that no copyrighted material is used inappropriately.

I declare, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed this 13th day of July, 2022.

*/s Meg Liz Owoc*
Meg Liz Owoc