# EXHIBIT 14 TO BE FILED UNDER SEAL